**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| HCR MANORCARE, INC., | Case No. 18-_____ (___) |
| Debtor.[1] | |

## CERTIFICATION OF DEBTOR'S CREDITOR MATRIX

In accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure and Rule 1007-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), a list of creditors (the "List") of the above-captioned debtor and debtor in possession (the "Debtor") is filed by attachment hereto.

The List has been prepared from the Debtor's books and records. The undersigned, the Chief Restructuring Officer of HCR ManorCare, Inc., hereby certifies that the List contains the names and addresses of all creditors of the Debtor that could be ascertained after diligent inquiry, based on a review of the Debtor's books and records, and is consistent with the information contained therein. To the extent practicable, the List complies with Local Rule 1007-1(a). The Debtor reserves the right to amend or supplement the List as necessary.

Although the information contained in the List is based on a review of the Debtor's books and records, the Debtor has not completed a comprehensive legal and/or factual investigation with regard to possible defenses of the Debtor and its estate to any claims of the potential claimants included in the List. In addition, certain of the parties included in the List

---

[1] The last four digits of the Debtor's federal tax identification number are 9231. The Debtor's mailing address is 333 N. Summit St., Toledo, OH 43604.

may not hold outstanding claims as of the date hereof, and therefore may not be creditors of the Debtor and its estate for purposes of these chapter 11 cases.  Therefore, the List does not, and should not be deemed or otherwise construed to, constitute either (i) a waiver of any defenses of the Debtor and its estate to any claims that may be asserted against the Debtor and its estate or (ii) an acknowledgement or admission of the validity, priority, or amount of any claims that may be asserted against the Debtor and its estate.

Dated:  March 4, 2018

Respectfully submitted,

*/s/ John R. Castellano*
John R. Castellano
Chief Restructuring Officer
HCR ManorCare, Inc.

2

10451 LINN STATION ROAD LLC
ATTN: BRIAN REYNOLDS, PRESIDENT
CSCV REAL ESTATE HOLDINGS, LLC
1422 CLARKVIEW ROAD
BALTIMORE, MD 21209

145 N MADISON AVENUE LLC
ATTN: BRIAN REYNOLDS, PRESIDENT
CSCV REAL ESTATE HOLDINGS, LLC
1422 CLARKVIEW ROAD
BALTIMORE, MD 21209

3663 LINCOLN STREET LLC
ATTN: BRIAN REYNOLDS, PRESIDENT
CSCV REAL ESTATE HOLDINGS, LLC
1422 CLARKVIEW ROAD
BALTIMORE, MD 21209

3705 N SWAN RD LLC
C/O CSCV REAL ESTATE HOLDINGS LLC
ATTN: BRIAN REYNOLDS
1422 CLARKVIEW RD
BALTIMORE, MD 21209

3705 N SWAN RD LLC
C/O FENIGSTEIN & KAUFMAN
ATTN: S JACK FENIGSTEIN
1900 AVENUE OF THE STARS, STE 2300
LOS ANGELES, CA 90067

4200 BROWNS LANE LLC
ATTN: BRIAN REYNOLDS, PRESIDENT
CSCV REAL ESTATE HOLDINGS, LLC
1422 CLARKVIEW ROAD
BALTIMORE, MD 21209

432 POPLAR DRIVE LLC
ATTN: JONATHON AARON, MANAGER
C/O CITADEL CARE CENTER-WILMETTE, LLC
432 POPLAR DRIVE
WILMETTE, IL 60091

600 S MAIN ST LLC
ATTN: BRIAN REYNOLDS, PRESIDENT
CSCV REAL ESTATE HOLDINGS, LLC
1422 CLARKVIEW ROAD
BALTIMORE, MD 21209

ACCREDITATION COMMISSION FOR HEALTH
CARE
139 WESTON OAKS CT
CARY, NC 27513

AIG – INS. CO. OF THE STATE OF PA
175 WATER STREET
18TH FLOOR
NEW YORK, NY 10038

ALAN B. HASH
9496 SOUTH DUNBAR DR.
SOUTH JORDAN, UT 84095

ALLAN M HOLT
1001 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004

ALLIED WORLD ASSURANCE CO.
199 WATER ST
24TH FLOOR
NEW YORK, NY 10038

ALLIED WORLD ASSURANCE CO.
GUBELSTRASSE 24
PARK TOWER 15TH FLOOR
ZUG 06300 SWITZERLAND

AMERICAN REHABILITATION GROUP, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

ANCILLARY SERVICES MANAGEMENT, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

ANDERSON POST ACUTE LLC

ANGELA RUSSO
9638 23RD BAY ST
NORFOLK, VA 23518

ANGIE WHETRO
19402 IRIS COURT
NOBLESVILLE, IN 46060

ANNETTE ORLOWSKI
2664 HEYTMAN DR
LANSING, IA 52151

ANSPACH, MEEKS & ELLENBERGER, LLP
ATTN: ROBERT ANSPACH
300 MADISON AVE., SUITE 1600
TOLEDO, OH 43604

ANTHONY MILLER
C/O ROBERT BRACKEN
1100 LIBERTY AVE. SUITE C-6
THE PENNSYLVANIAN
PITTSBURGH, PA 15222

AON HEWITT
200 E RANDOLPH STREET
14TH FLOOR
CHICAGO, IL 60601

ARCH INSURANCE CO.
C/O ARCH CAPITAL SERVICES INC.
360 HAMILTON AVENUE
SUITE 600
WHITE PLAINS, NY 10601

ARCH INSURANCE CO.
C/O ARCH INSURANCE GROUP INC
ONE LIBERTY PLAZA
53RD FLOOR
NEW YORK, NY 10006

ARDEN COURTS OF AKRON OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

ARDEN COURTS OF ALLENTOWN PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

ARDEN COURTS OF ANNANDALE VA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

ARDEN COURTS OF ARLINGON TX LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

ARDEN COURTS OF ARLINGTON TX, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

ARDEN COURTS OF AUSTIN TX, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF AVON LAKE OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF BINGHAM FARMS MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF CENTREVILLE VA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF CHERRY HILL NJ, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF DELRAY BEACH FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF ELK GROVE VILLAGE IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF FARMINGTON CT, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF FT. MYERS FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF GENEVA IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF GERMANTOWN MD, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF GLEN ELLYN IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF HAMDEN CT LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF HAZEL CREST IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF JEFFERSON HILLS PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF KENSINGTON MD, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF KENWOOD OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF KING OF PRUSSIA PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF LARGO FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF LIVONIA MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF LOUISVILLE KY LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF MONROEVILLE PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF NORTHBROOK IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF PALM HARBOR FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF PALOS HEIGHTS IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF PARMA OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF PIKESVILLE MD, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF POTOMAC MD, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF RICHARDSON TX, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF SAN ANTONIO TX, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF SARASOTA FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF SEMINOLE FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF SILVER SPRING MD, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF SOUTH HOLLAND IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF STERLING HEIGHTS MI,
LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF TAMPA FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF TOWSON MD, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF W. ORANGE NJ, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF W. PALM BEACH FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF WAYNE NJ, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF WESTLAKE OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF WHIPPANY NJ, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF WILMINGTON DE, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF WINTER SPRINGS FL,
LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS OF YARDLEY PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS-ANDERSON OF CINCINNATI
OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS-BAINBRIDGE OF CHAGRIN
FALLS OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS-FAIR OAKS OF FAIRFAX VA,
LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS-LELY PALMS OF NAPLES
FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS-NORTH HILLS OF
PITTSBURGH PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS-SUSQUEHANNA OF
HARRISBURG PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARDEN COURTS-WARMINSTER OF
HATBORO PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

ARIZONA DEPARTMENT OF REVENUE
1600 W MONROE ST
PHOENIX, AZ  85007

ARLINGTON TX MC REALTY LLC
ATTN: AARON FRIEDMAN, MANAGER
C/O THE ROSDEV GROUP
7077 AVE DU PARC, STE. 600
MONTREAL, QC  H3N 1X7  CANADA

AXIS INSURANCE CO.
1211 AVENUE OF THE AMERICAS
24TH FLOOR
NEW YORK, NY  10036

AXIS INSURANCE CO.
92 PITTS BAY ROAD
AXIS HOUSE
PEMBROKE, HM  08  BERMUDA

BAKER & HOSTETLER LLP
ATTN: TOM WARREN
127 PUBLIC SQUARE, SUITE 2000
KEY TOWER
CLEVELAND, OH  44114

BARBARA ANN RANSING
AND WILLIAM H. RANSING, JR.
C/O JAMES FOERSTNER
1600 MARKET STREET - SUITE 3800
PHILADELPHIA, PA  19103

BARBARA MAE GOWER
BARBARA L. CLAUSER, ATTORNEY-IN-FACT
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

BARRY LAZARUS
2629 LIVERPOOL CT
TOLEDO, OH  43617

BERKLEY REGIONAL INSURANCE CO.
475 STEAMBOAT ROAD
FLOOR 1
GREENWICH, CT  06830-7144

BERNICE E POULIN, ET AL
BONNIE SUTTLES, SUCCESSOR-IN-INTEREST
C/O LANZONE MORCAN, LLP
5001 AIRPORT PLAZA DRIVE, SUITE 210
LONG BEACH, CA  90815

BETH VICTOR
1966 W. TEMPERANCE RD.
TEMPERANCE, MI  48182

BILL CHENEVERT
7120 EAST SNYDER ROAD
TUCSON, AZ  85750

BLEEKE DILLON CRANDALL, PC
ATTN: J. RICHARD MOORE
8470 ALLISON POINTE BLVD, STE 420
INDIANAPOLIS, IN  46250

BOEHL, STOPHER & GRAVES
ATTN: TIARA SHOTER
AEGON CENTER, SUITE 2300
400 WEST MARKET STREET
LOUISVILLE, KY  40202

BONNIE STEPHANY
RAYMOND J. STEPHANY, ATTORNEY-IN-FACT
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

BOWLES RICE
600 QUARRIER ST.
CHARLESTON, WV  25301

BRIAN PERRY
3 EXMOOR
TOLEDO, OH  43615

BROOKSVILLE REAL PROPERTY LLC

BRUCE SCHROEDER
11153 OAK POINTE DR
WHITEHOUSE, OH  43571

BUCHANAN, INGERSOLL & ROONEY
ATTN: MATT CORSO
701 ALEXANDER PARK, SUITE 300
PRINCETON, NJ  08540

BUCKINGHAM, DOOLITTLE & BURROUGHS
ATTN: DIRK RIEMENSCHNEIDER
ONE CLEVELAND CENTER
1375 EAST 9TH ST, SUITE 1700
CLEVELAND, OH  44114

BURNS, WHITE
ATTN: BILL MUNDY
100 FOUR FALLS, STE 515
1001 CONSHOHOCKEN STATE RD
WEST CONSHOHOCKEN, PA  19428

BURTON SILVERSTEIN
179 MCNAMARA RD
SPRING VALLEY, NY  10977

BUTLER MO SNF REALTY LLC
ATTN: AARON FRIEDMAN, MANAGER
C/O THE ROSDEV GROUP
7077 AVE DU PARC, STE. 600
MONTREAL, QC  H3N 1X7  CANADA

CARL R. MAHAFFEY
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19106

CARLA HUGHES
201 SETTLERS TRACE BLVD
#2220
LAFAYETTE, LA  70508

CARLYLE MC PARTNERS, L.P.
1001 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20004-2505

CARLYLE PARTNERS V MC, L.P.
1001 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20004-2505

CARLYLE PARTNERS V-A MC, L.P.
1001 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20004-2505

CAROLYN PAYNE
C/O GREEN, SCHAFLE & GIBBS
MICHAEL C. SCHAFLE
100 S. BROAD ST., #1218
PHILADELPHIA, PA  19145

CENTER TX SNF REALTY LLC
ATTN: AARON FRIEDMAN, MANAGER
C/O THE ROSDEV GROUP
7077 AVE DU PARC, STE. 600
MONTREAL, QC  H3N 1X7  CANADA

CENTERBURG RE GROUP LLC
C/O SABER HEALTHCARE GROUP LLC
ATTN: GEORGE S REPCHICK, PRESIDENT
26691 RICHMOND RD
BEDFORD HEIGHTS, OH  44146

CENTERBURG RE GROUP LLC
C/O SABER HEALTHCARE GROUP LLC
ATTN: GREGORY S NICOLUZAKIS, GENERAL
COUNSEL
26691 RICHMOND RD
BEDFORD HEIGHTS, OH  44146

CENTERS FOR MEDICARE MEDICAID
SERVICES CMS
7500 SECURITY BOULEVARD
BALTIMORE, MD  21244-1850

CHERRY HILL REAL PROPERTY LLC

CHRISTINE GLADIEUX
512 S. LALLENDORF
OREGON, OH  43616

CHRISTOPHER EAST HEALTH CARE CENTER
OF LOUISVILLE KY LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

CHUBB CUSTOM
1133 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

CINDY ZALEWSKI
5524 GINGER TREE LANE
TOLEDO, OH  43623

CLARENCE DOUGLAS
SHERRI L. HIGH, ATTORNEY-IN-FACT
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

CLIFF PORTER
3929 AZALEA CIRCLE
MAUMEE, OH  43537

CLYDE W. ZIMMERMAN, JR.
C/O G. CLINTON KELLEY
304 ROSS STREET, 7TH FLOOR
PITTSBURGH, PA  15219

COLE, SCOTT & KISSANE
ATTN: GENE KISSANE
DADELAND CENTRE II SUITE 1400
9150 S DADELAND BLVD
MIAMI, FL  33156

COLUMBIA REHABILITATION AND NURSING
CENTER-COLUMBIA SC, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

COZEN & O'CONNOR
ATTN: GENE GIOTTO
500 GRANT STREET, SUITE 2900
PITTSBURGH, PA  15219

CP COINVESTMENT A, L.P.
1001 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20004-2505

CP V COINVESTMENT B, L.P.
1001 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20004-2505

CSCV REAL ESTATE HOLDINGS LLC
ATTN: BRIAN REYNOLDS, MANAGER
1422 CLARKVIEW ROAD
BALTIMORE, MD  21209

CSV SNF WRANGLER LLC
1442 CLARKVIEW RD.
BALTIMORE, MD  21209

CURRANT HOLDINGS LLC (SOUTH OGDEN
OPERATIONS)
C/O SANDERS, REHASTE, STERNSHEIN &
HARVEY LLP
ATTN: GARY SANDERS ESQ
5316 EAST CHAPMAN AVE
ORANGE, CA  92869

CURRANT HOLDINGS LLC (SOUTH OGDEN
OPERATIONS)
RE: 5540 S 1050 EAST LLC
ATTN: JOE ALEGRE, CFO
100 E SAN MARCOS BLVD STE 200
SAN MARCOS, CA  92069

DALLAS TX SNF REALTY LLC
ATTN: AARON FRIEDMAN, MANAGER
C/O THE ROSDEV GROUP
7077 AVE DU PARC, STE. 600
MONTREAL, QC  H3N 1X7  CANADA

DANIEL BRIDGE
JUDITH BRIDGE, AS EXECUTRIX
C/O WILKES & MCHUGH, P.A.
437 GRANT STREET, SUITE 912
PITTSBURGH, PA  15219

DANIEL HILL KIGHT
2013 ORCHARD RD
TOLEDO, OH  43606

DAVE NEES
5315 RYMOOR DR
SYLVANIA, OH  43560

DAVID B. LANNING
806 COPLEY LANE
SILVER SPRING, MD  20904

DAVID BRUCE PARKER
2154 TREMONT RD
COLUMBUS, OH  43221

DAVIESS COUNTY HOSPITAL
ATTN: DAVID BIXLER, CHIEF EXECUTIVE
OFFICER
1914 WALNUT ST
WASHINGTON, IN  47501

DEACON, MOULDS & SMITH
ATTN: GAIL MOULDS
100 SECOND AVE SOUTH 902-S
ST. PETERSBURG, FL  33701

DEAN SHIPMAN
337 WEST 7TH STREET
PERRYSBURG, OH  43551

DEB ARRENDALE
393 12TH AVENUE
INDIAN ROCKS BEACH, FL  33785

DEBRA MOORE
3058 WOLF CT.
DEKALB, IL  60115

DELAINE RICE-WHITE
1170 FALLING PINE COURT
WINTER SPRINGS, FL  32708

DENISE MORATAYA, ET AL.
C/O THE PODOR LAW FIRM, LLC
33565 SOLON RD
SOLON, OH  44139

DENNIS A. HYNES
TERRI L. CERKLEFSKI, ATTORNEY-IN-FACT
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

DEVON MANOR-DEVON PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

DONAHOE MANOR-BEDFORD PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

DONALD LEE HOWARD
DAVID HOWARD, INDIVIDUALLY
C/O MCHUGH FULLER LAW GROUP PLLC
ATTN: MICHAEL J FULLER, ESQ., 97 ELIAS
WHIDDON RD
HATTIESBURG, MS  39402

DONOVAN, RICHARD
C/O WILKES & MCHUGH
437 GRANT ST.
PITTSBURGH, PA  15231

DOROTHY DUNN FIELD
SHEILA J. DILLARD,  ATTORNEY-IN-FACT
ATTN: TIM MCHUGH C/O WILKES & MCHUGH
437 GRANT ST.
PITTSBURGH, PA  15219

DOUGLAS BLOCK
1083 ABBIESHIRE AVE
LAKEWOOD, OH  44107

DTG OPERATIONS, INC.
5330 EAST 31ST STREET
TULSA, OK  74135

EATON GARDENS REAL ESTATE LLC
C/O GARDEN HEALTHCARE OF ROCKY
RIVER LLC
34 LORD STREET
LAWRENCE, NY  11559

EATON GARDENS REHABILITATION AND
CARE CENTER LLC
C/O GARDEN HEALTHCARE OF ROCKY
RIVER LLC
34 LORD STREET
LAWRENCE, NY  11559

ELIZABETH M. KACZOR
1966 W. TEMPERANCE RD.
TEMPERANCE, MI  48182

ELLEN CLARK
8001 BRIDGEHAMPTON DRIVE
WATERVILLE, OH  43566

EMMA JOHNSON
C/O SCHUSTER JACHETTI, LLP
3407 LANCASTER PIKE, SUITE A
WILMINGTON, DE

ERIC JOHN TALBERT
7231 STONEWATER CT
MAUMEE, OH  43537

ERNST & YOUNG LLP
ONE SEAGATE
STE 1200
TOLEDO, OH  43604

ESTATE OF ANN D. STEVENSON
ROBIN LYNN GREEN, AS ADMINISTRATOR
C/O REDDICK MOSS
1500 JFK BLVD., SUITE 1145
PHILADELPHIA, PA  19106

ESTATE OF ANNA MARIE DRANGINIS
AMY ROSE SEIGFRIED, AS ADMINISTRATRIX
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF ANTHONY J. RATKIEWICZ

CHRISTINA M. LOWE, EXECUTRIX OF FOR TH
C/O WILKES & MCHUGH
437 GRANT ST.
PITTSBURGH, PA  15219

ESTATE OF BERNIECE L. SCHMAUCH
SHELDON MOCK, EXECUTOR
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF BETTY J. BUICK
LINDA CAPPIO, AS ADMINISTRATOR
C/O WILKES & MCHUGH, P.A.
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF BOBBY LANE, SR.
KEESHA LANE, AS ADMINISTRATRIX
ATTN: BRENT MOSS, ESQ C/O REDDICK
MOSS
1500 JFK BLVD., SUITE 1145
PHILADELPHIA, PA  19106

ESTATE OF CARMEN J. BADOLATO
CATHERINE BADOLATO STONIS, AS
EXECUTRIX
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF CAROLYN L. BARNARD

KELLY, SUSAN M., ADMINISTRATRIX
C/O WILKES & MCHUGH
437 GRANT ST.
PITTSBURGH, PA  15219

ESTATE OF CATHERINE J. STARR
JOHN M. STARR, AS ADMINISTRATOR
ATTN: TIM MCHUGH C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF CHARLES MARTINIE
TERRY MARTINIE, INDEPENDENT EXECUTOR
C/O SPIROS LAW, P.C.
2807 N. VERMILION, SUITE 3
DANVILLE, IL  61832

ESTATE OF CLAUDETTE KLETZ
GINA KLETZ, AS INDENDENT EXECUTOR
C/O LEVIN & PERCONTI
325 NORTH LASALLE STREET, SUITE 450
CHICAGO, IL  60654

ESTATE OF CLAYTON L. TRAVER
IRENE TRAVER, ADMINISTRATRIX
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF CRAIG L. HENRY
DORRINE HENRY, AS ADMINISTRATRIX
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF DONALD E. MCCALISTER
DOUGLAS MCCALISTER, ADMINISTRATOR
ATTN: TIM MCHUGH C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF ELIZABETH HANRAHAN
KANDIC KIMBERLY HANRAHAN,
ADMINISTRATOR
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF ELIZABETH M. DZIEDZIC
CRAIG PATRICK DZIEDZIC, EXECUTOR
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF FELIX F. TROZZI, DECEASED
JAMES N. TROZZI, EXECUTOR
C/O WILKES & MCHUGH
437 GRANT ST.
PITTSBURGH, PA  15219

ESTATE OF FERN E. HERB
MARK M. HERB, CO-EXECUTOR OF THE
C/O LEON AUSSPRUNG, MD, LLC
1429 WALNUT STREET, #300
PHILADEPHIA, PA  19102

ESTATE OF GARY E. STETTS
SELENA R. STETTS, ADMINISTRATRIX
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF GARY R. MALIZIO
MALIZIO, BARBARA L.
C/O WOOMER & HALL LLP
2945 BANKSVILLE RD., SUITE 200
PITTSBURGH, PA  15216

ESTATE OF HERBERT C. WISLER
H RANDALL & H KEITH WISLER, CO-
EXECUTORS
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF JOHN BAGOTAI
JOSEPH F. BAGOTAI, ADMINISTRATOR
C/O RUBIN, GLICKMAN, STEINBERG &
GIFFORD
2605 NORTH BRAD ST.
COLMAR, PA  18915

ESTATE OF JOHN L. HUDSON
LORRAINE L. DAVIS, EXECUTRIX
ATTN: TIM MCHUGH C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF KARL MEYER
CHRIS MEYER AS INDEPENDENT
ADMINISTRATOR
C/O SPIROS LAW
2807 N. VERMILION STREET, SUITE 3
DANVILLE, IL  61832

ESTATE OF LAVERNE HOLOHAN
MAUREEN SHACKELTON, EXECUTRIX
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF LILLIAN J. KUNTZ
MARGARET ANN HANEY, EXECUTRIX
ATTN: TIM MCHUGH C/O WILKES & MCHUGH
437 GRANT ST.
PITTSBURGH, PA  15219

ESTATE OF LYNN M. RUSSELL
JOHN M. RUSSELL, EXECUTOR
C/O WILKES & MCHUGH
437 GRANT ST.
PITTSBURGH, PA  15219

ESTATE OF MARGARET R. CORDER
ALEX L. CAMERON, AS EXECUTOR
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF MARY A. SAMSEL, DECEASED
RONALD A. SAMSEL AND RICHARD J.
SAMSEL
ATTN: TIM MCHUGH C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF MARCEL A. BOYLE
PAULETTE E. JONES, AS ADMINISTRATRIX
C/O REDDICK MOSS
1500 JFK BLVD., SUITE 1145
PHILADELPHIA, PA  19106

ESTATE OF JAMES F. CLUTTERBUCK
FRANK S. CLUTTERBUCK, ADMINISTRATOR
C/O LEON AUSSPRUNG, MD, LLC
1429 WALNUT STREET, #300
PHILADEPHIA, PA  19102

ESTATE OF JOHN HECK
JANE HECK, ADMINISTRATOR
C/O GREEN SCHAFLE & GIBBS; M. SCHAFLE
100 S. BROAD ST., #1218
PHILADELPHIA, PA  19145

ESTATE OF JUAN D. DIAZ
JOSE DIAZ, AS THE PR
C/O THE DICKSON FIRM, LLC
3401 ENTERPRISE, SUITE 420
BEACHWOOD, OH  44122

ESTATE OF KATHERINE LAMAR
PRINCESS MITCHELL, AS THE PERSONAL
REP.
C/O THE DICKSON FIRM, LLC
3401 ENTERPRISE, SUITE 420
BEACHWOOD, OH  44122

ESTATE OF LB BAILEY
JUANITA ASHFORD, INDEPENDENT ADMIN.
C/O SPIROS LAW, P.C.
2807 N. VERMILION, SUITE 3
DANVILLE, IL  61832

ESTATE OF LOLA SMITH
RANDY SMITH & NANCY VONLANKEN,
EXECUTORS
C/O SPIROS LAW, P.C.
2807 N. VERMILION, SUITE 3
DANVILLE, IL  61832

ESTATE OF LYNN WOLFF
JUDY WOLF-BOLTON BARBARA WOLFF
ENGR ET
ATTN: KATHRYN STEBNER C/O STEBNER
AND ASSOCIATES
870 MARKET STREET, SUITE 1212
SAN FRANCISCO, CA  94102

ESTATE OF MARGARET W. MATHIS
ANN M. SPANGLER, EXECUTRIX
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF MARY ELIZABETH MCCLAIN
JOYCETTA WITHERSPOON, ADMINISTRATOR-
DBN
C/O MAHER LAW FIRM
1515 MARKET STREET, SUITE 810
PHILADELPHIA, PA  19102

ESTATE OF LARRY E. SOLLENBERGER
CHERYL COLDWELL AS ADMINISTRATRIX
C/O REDDICK MOSS
1500 JFK BLVD., SUITE 1145
PHILADELPHIA, PA  19106

ESTATE OF JAMES MCGILL
DORA MCGILL, ADMINISTRATRIX
ATTN: TIM MCHUGH C/O WILKES & MCHUGH,
P.A.
429 NORTH BROADWAY
LEXINGTON, KY  40588-1747

ESTATE OF JOHN J. DUGAN
PATRICIA SIDOTE, EXECUTRIX
C/O THE FERRARA LAW FIRM
601 LONGWOOD AVE.
CHERRY HILL, NJ  08002

ESTATE OF KAREN A. CREMEANS,
DECEASED
WILLIAM CREMEANS, AS THE
ADMINISTRATOR
C/O MICHAEL BENSON
36 SOUTH PAINT STREET
CHILLICOTHE, OH  45601

ESTATE OF KATHLEEN M. BRAUN
NEIL F. BRAUN, AS EXECUTOR
ATTN: TIM MCHUGH C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF LENORA BLANCHE PERRY
WILLIAM E. PERRY, AS ADMINISTRATOR
C/O WILKES & MCHUGH, P.A.
437 GRANT STREET, SUITE 912
PITTSBURGH, PA  15219

ESTATE OF LORRAINE BENSON
BARBARA BENSON, AS IND. ADMINISTRATOR
C/O LEVIN & PERCONTI
325 NORTH LASALLE STREET, SUITE 450
CHICAGO, IL  60654

ESTATE OF MARGARET FLEMING
WILLIAM FLEMING, JR., AS ADMINISTRATOR
C/O REDDICK MOSS
1500 JFK BLVD., SUITE 1145
PHILADELPHIA, PA  19106

ESTATE OF MARY A. HANDS
SANDRA LEE TOPA, EXECUTRIX
C/O SAVOCA JUSTICE
1525 OREGON PIKE, SUITE 501
LANCASTER, PA  17601

ESTATE OF MARY ETTA YOUNGBLOOD
MARY BETH YOUNGBLOOD, ON BEHALF OF
THE
C/O MCHUGH FULLER LAW GROUP
97 ELIAS WHIDDON RD.
HATTIESBURG, MS  39402

ESTATE OF MARY GRASSO ET AL
JOSEPH GRASSO, EXECUTOR
ATTN: PATRICK MURPHY C/O DWORKEN &
BERNSTEIN
60 SOUTH PARK PLACE
PAINESVILLE, OH  44077

ESTATE OF MARY MCCLAIN
CAUSANDRA MCCLAIN-HALL, AS IND. ADMIN.
C/O TOMASIK KOTIN KASSERMAN, LLC
10 SOUTH LASALLE STREET, SUITE 2920
CHICAGO, IL  60603

ESTATE OF MARY PAREJKO
COLLEEN BENNETT, AS IND.
ADMINISTRATOR
ATTN: STEVEN M. LEVIN  C/O LEVIN &
PERCONTI
325 NORTH LASALLE STREET, SUITE 450
CHICAGO, IL  60654

ESTATE OF MARY ROSE MYERS
CURVIN MYERS, AS ADMINISTRATOR
C/O REDDICK MOSS
1500 JFK BLVD., SUITE 1145
PHILADELPHIA, PA  19106

ESTATE OF MATTIE CHRISTOPHER
SHARON CHRISTOPHER-MIKELL, ADMIN.
C/O LEVIN & PERCONTI
325 NORTH LASALLE STREET, SUITE 450
CHICAGO, IL  60654

ESTATE OF MCKINLEY C. LOVETT
HATTIE D. LOVETT, ADMINISTRATRIX
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF PATRICIA A. DITZE AND SPOUSE
DAVID M. DITZE, AS ADMINISTRATOR
C/O FELDMAN SHEPHERD
1845 WALNUT STREET
PHILADELPHIA, PA  19103

ESTATE OF PATSY R. EMIG
COMPLAINT:BURTON A. EMIG, EXECUTOR
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF PATSY ROLLER
BRIAN AXE, AS ADMIN. PENDENTE LITEL
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF PAULINE JENNINGS, DECEASED
VICTORIA J. JENNINGS, AS ADMINISTRATRIX
C/O REDDICK MOSS
1500 JFK BLVD., SUITE 1145
PHILADELPHIA, PA  19106

ESTATE OF PHYLLIS W. JACKSON,
DECEASED
WALTER W. JACKSON, AS PR
ATTN: KEN CONNOR C/O CONNOR &
CONNOR
224 PARK AVE SE
AIKEN, SC  29801

ESTATE OF RACHEL STONE
JEFFREY STONE, AS ADMINISTRATOR
ATTN: TIM MCHUGH C/O WILKES & MCHUGH,
P.A.
429 NORTH BROADWAY
LEXINGTON, KY  40588-1747

ESTATE OF RALPH CRAWFORD
DEBORAH CRAWFORD, PERSONAL REP.
C/O PRIBANIC & PRIBANIC
513 COURT PLACE
PITTSBURGH, PA  15219

ESTATE OF RICHARD M. MCVEY
BRIDGET M. WHITLEY, ADMIN. PENDENTE
LITE
ATTN: TIM MCHUGH C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF RICKY A. JOYNER
CARMEN JOYNER, AS ADMINISTRATRIX
C/O REDDICK MOSS
1500 JFK BLVD., SUITE 1145
PHILADELPHIA, PA  19106

ESTATE OF ROBERT A. CORNELIUS
JENNIFER CARPELLA, ADMINISTRATOR
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF ROBERT R. CASSELLA
LYNN KAPUSINSKI, EXECUTRIX
C/O WILKES & MCHUGH
437 GRANT ST.
PITTSBURGH, PA  15219

ESTATE OF RONALD POWERS
BETH POWERS, AS ADMINISTRATRIX
C/O PATBERG, CARMODY & GING
DEUTSCHTOWN CENTER, 801 VINIAL ST 3RD
FL
PITTSBURGH, PA  15212

ESTATE OF ROSALINDA DE LA CRUZ
VERONICA DE LA CRUZ, REPRESENTATIVE
C/O LAMB & FRISCHER LAW FIRM, LLP
1388 SUTTER STREET, SUITE 815
SAN FRANCISCO, CA  94109

ESTATE OF ROSE E. ANDERSON
ALBERT M. ANDERSON, ADMINISTRATOR
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF RUTH PATRICIA DICKMAN
PATRICIA E. ROZMES, AS EXECUTRIX FOR
THE
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF SAMUEL R. BRACE
CATHERINE G. BRACE, ADMINISTRATOR
C/O WILKES & MCHUGH
437 GRANT ST.
PITTSBURGH, PA  15219

ESTATE OF SANDRA SHAW
MARIKA DELGADO, PERSONAL
REPRESENTATIVE
ATTN: TIM MCHUGH C/O WILKES & MCHUGH
2355 E. CAMELBACK RD, SUITE 910
PHOENIX, AZ  85016

ESTATE OF SHELBY BRANDON
DEBRA BRANDON AND LISA BEASLEY, PR
C/O PRIETO MARIGLIANO HOLBERT & PRIETO
TWO RAVINIA DRIVE, SUITE 1330
ATLANTA, GA  30346

ESTATE OF THOMAS DAGENAIS, SR.
THOMAS DAGENAIS, JR., INDEPENDENT
ADMIN.
C/O BERENZ LAW NETWORK PROFESSIONAL
CORP
134 NORTH LASALLE STREET, SUITE 1515
CHICAGO, IL  60602

ESTATE OF THOMAS I. SLEE
KEVIN R. MILEY, EXECUTOR
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF THOMAS WILLIAMS, DECEASED
BRENDA WILLIAMS, ADMINISTRATRIX
C/O ROSENBAUM & ASSOCIATES
1818 MARKET ST., #3200
PHILADELPHIA, PA  19103

ESTATE OF VELMA FORD
DOROTHY WEBSTER, AS INDEPENDENT
ADMIN.
C/O GORDON AND CENTRACCHIO, L.L.C.
211 WEST WACKER DRIVE, SUITE 500
CHICAGO, IL  60606

ESTATE OF VENESSA MILLER-RABB,
DECEASED
JESSE RABB JR., ADMINISTRATOR
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF WENDELL PAUL JENKINS
DIANE M. JENKINS, AS ADMINISTRATRIX
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF WILLIAM B. BROSIUS
LORRAINE F. BROSIUS, AS EXECUTRIX
ATTN: TIM MCHUGH C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF WILLIAM HERNDON
KECIA L. JOHNSON, ADMINISTRATOR
ATTN: TIM MCHUGH C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

ESTATE OF WILLIAM J. ZIMMERMAN
JASON R. ULSHAFER, EXECUTOR
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

EUGENE T. ADKINS
GLEN J. ADKINS, ATTORNEY-IN-FACT
ATTN: TIM MCHUGH C/O WILKES & MCHUGH,
P.A.
ONE NORTH DALE MABRY, SUITE 800
TAMPA, FL  33610

EVANGELINE HERMAN
C/O REDDICK MOSS
1500 JFK BLVD., SUITE 1145
PHILADELPHIA, PA  19109

FAIRFIELD GARDENS REAL ESTATE LLC
C/O GARDEN HEALTHCARE OF ROCKY
RIVER LLC
34 LORD STREET
LAWRENCE, NY  11559

FAIRFIELD GARDENS REHABILITATION AND
CARE CENTER LLC
C/O GARDEN HEALTHCARE OF ROCKY
RIVER LLC
34 LORD STREET
LAWRENCE, NY  11559

FIRST MERCURY INSURANCE COMPANY
26600 TELEGRAPH ROAD
SOUTHFIELD, MI  48033

FIRST MERCURY INSURANCE COMPANY
525 WEST MONROE STREET
SUITE 1600
CHICAGO, IL  60661

FLORENCE DAGENAIS
THOMAS DAGENAIS, JR., AS GUARDIAN
C/O BERENZ LAW NETWORK PROFESSIONAL
CORP
134 NORTH LASALLE STREET, SUITE 1515
CHICAGO, IL  60602

FOREST BLUFF, LTD.
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

FORUM PURCHASING LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

FOSTRIAN COURTS ASSISTED LIVING-
FLUSHING MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

GAIL MAYS
WILLIAM MAYS, ATTORNEY-IN-FACT
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

GARDEN HEALTHCARE OF ROCKY RIVER LLC
ATTN: EPHRAIM LAHASKY, SENIOR VICE
PRESIDENT
34 LORD AVE
LAWRENCE, NY  11559

GARDEN HEALTHCARE OF ROCKY RIVER
PROPERTY LLC
ATTN: EPHRAIM LAHASKY, SENIOR VICE
PRESIDENT
34 LORD AVE
LAWRENCE, NY  11559

GARDEN REHAB AND HEALTH CARE AT
VICTORIAN VILLAGE LLC
C/O GARDEN HEALTHCARE OF ROCKY
RIVER LLC
34 LORD STREET
LAWRENCE, NY  11559

GARDEN REHAB AND HEALTH CARE REAL
ESTATE LLC
C/O GARDEN HEALTHCARE OF ROCKY
RIVER LLC
34 LORD STREET
LAWRENCE, NY  11559

GENERAL SECURITY INSURANCE
818 WEST SEVENTH STREET
SUITE 930
LOS ANGELES, CA  90017

GENEVA HOOVER
ALICIA DEMMITT, ATTORNEY-IN-FACT
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

GEORGE THOMPSON
8995 OTTAWA LAKE RD
OTTAWA LAKE, MI  49267

GREG MILANICH
8442 SETTLER'S PASSAGE
BRECKSVILLE, OH  44141

GREGORY A. FOLK
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19134

GUST ROSENFELD, PLC
ATTN: JIM KAUCHER
ONE EAST WASHINGTON ST., SUITE 1600
PHOENIX, AZ  85004

HALL BOOTH SMITH
ATTN: TREY REESE
191 PEACHTREE STREET, SUITE 2900
ATLANTA, GA  30303

HAMDEN CT MC REALTY LLC
ATTN: AARON FRIEDMAN, MANAGER
C/O THE ROSDEV GROUP
7077 AVE DU PARC, STE. 600
MONTREAL, QC  H3N 1X7  CANADA

HAMPTON HOUSE-WILKES-BARRE PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HARLEY WESLEY CLARK
LOIS ALICE CLARK, AS ADMINISTRATRIX
C/O WILKES & MCHUGH, P.A.
437 GRANT STREET, SUITE 912
PITTSBURGH, PA  15219

HAVEN OF TUCSON LLC
ATTN: BRETT ROBERTSON
31755 S COAST HWY
STE 300
LAGUNA BEACH, CA  92651

HAVEN OF TUCSON LLC
C/O ROBERT SAMUELIAN ESQ
1 WHITECLIFF
LAGUNA NIGUEL, CA  92677

HAVEN TUCSON REAL ESTATE, LLC
ATTN: BRETT ROBERTSON
31755 S COAST HWY
STE 300
LAGUNA BEACH, CA 92651

HCP PROPERTIES, LLC
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

HCP MARYLAND PROPERTIES, LLC
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

HCP PROPERTIES OF ALEXANDRIA VA, LLC
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

HCP PROPERTIES OF ARLINGTON VA, LLC
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

HCP PROPERTIES OF MIDWEST CITY OK, LLC
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

HCP PROPERTIES OF OKLAHOMA CITY
(NORTHWEST), LLC
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

HCP PROPERTIES OF OKLAHOMA CITY
(SOUTHWEST), LLC
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

HCP PROPERTIES OF TULSA OK, LLC
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

HCP PROPERTIES, LP
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

HCP PROPERTIES-ARDEN COURTS OF
ANNANDALE VA, LLC
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

HCP PROPERTIES-CHARLESTON OF
HANAHAN SC, LLC
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

HCP PROPERTIES-COLUMBIA SC, LLC
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

HCP PROPERTIES-FAIR OAKS OF FAIRFAX
VA, LLC
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

HCP PROPERTIES-IMPERIAL OF RICHMOND
VA, LLC
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

HCP PROPERTIES-MEDICAL CARE CENTER-
LYNCHBURG VA, LLC
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

HCP PROPERTIES-OAKMONT EAST-
GREENVILLE SC, LLC
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

HCP PROPERTIES-OAKMONT OF UNION SC,
LLC
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

HCP PROPERTIES-OAKMONT WEST-
GREENVILLE SC, LLC
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

HCP PROPERTIES-SALMON CREEK WA, LLC
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

HCP PROPERTIES-STRATFORD HALL OF
RICHMOND VA, LLC
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

HCP PROPERTIES-UTICA RIDGE IA, LLC
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

HCP PROPERTIES-WEST ASHLEY-
CHARLESTON SC, LLC
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

HCP PROPERTIES-WINGFIELD HILLS NV, LLC
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

HCP SCHOENHERR-ROAD PROPERTY, LLC
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

HCP STERLING HEIGHTS MI PROPERTY, LLC
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

HCP TWINSBURG OH PROPERTY, LLC
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

HCP WEST VIRGINIA PROPERTIES, LLC
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

HCR CANTERBURY VILLAGE, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HCR HEALTHCARE, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HCR HOME HEALTH CARE AND HOSPICE, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HCR HOME HEALTH CARE, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HCR IN HOME HEALTH CARE LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HCR IV HEALTHCARE, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HCR MANOR CARE SERVICES OF FLORIDA
III, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HCR MANOR CARE SERVICES OF FLORIDA,
LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HCR MANOR CARE SERVICES, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HCR MANORCARE HEARTLAND, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HCR MANORCARE MEDICAL SERVICES OF
FLORIDA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HCR MANORCARE OPERATIONS II, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HCRMC-PROMEDICA JV, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HE ESTATE OF DONNA K. DICK, DECEASED
HEATHER BRANT ET AL
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA 19102

HEALTH CARE AND RETIREMENT
CORPORATION OF AMERICA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND CARE, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND EMPLOYMENT SERVICES, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND HEALTHCARE SERVICES, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND HOME CARE, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND HOME HEALTH CARE
SERVICES, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND HOSPICE SERVICES, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND OF ADELPHI MD, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND OF ALLEN PARK MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND OF ANN ARBOR MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND OF AUSTIN TX, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND OF BATTLE CREEK MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND OF BECKLEY WV, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND OF BEDFORD TX, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND OF BELLEFONTAINE OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND OF BOCA RATON FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND OF BOYNTON BEACH FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND OF BROOKSVILLE FL LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND OF BUCYRUS OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF CANTON OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF CANTON MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF CENTERBURG OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF CENTERVILLE OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF CHAMPAIGN IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF CHILLICOTHE OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF CLARKSBURG WV, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF DEARBORN HEIGHTS MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF DECATUR IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF EATON OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF FORT MYERS FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF GALESBURG IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF GRAND RAPIDS MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF GREENVILLE OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF HENRY IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF HILLSBORO OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF HOLLAND MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF HYATTSVILLE MD, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF IONIA MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF JACKSON MI LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF JACKSON OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF JACKSONVILLE FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF KALAMAZOO MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF KENDALL FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF KETTERING OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF KEYSER WV, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF LAUDERHILL FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF MACOMB IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF MADEIRA OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF MARIETTA OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF MARION OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF MARTINSBURG WV, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF MARYSVILLE OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF MENTOR OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF MIAMISBURG OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF MOLINE IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF NORMAL IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF ORANGE PARK FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF OREGON OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF PAXTON IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF PEORIA IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF PERRYSBURG OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF PIQUA OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF PITTSBURGH PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF PLATTEVILLE WI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF PORTSMOUTH OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF RAINELLE WV, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF SAGINAW MI LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF SAN ANTONIO TX, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF SARASOTA FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF SPRINGFIELD OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF TAMARAC FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF THREE RIVERS MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF URBANA OH LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF WATERVILLE OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF WAUSEON OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF WEST BLOOMFIELD MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF WEST HOUSTON TX LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF WHITEHALL MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND OF ZEPHYRHILLS FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND PHARMACY OF COLUMBUS, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND PHARMACY OF PENNSYLVANIA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND REHABILITATION EXTENSION SERVICES, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND REHABILITATION SERVICES OF FLORIDA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND REHABILITATION SERVICES OF KENTUCKY, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND REHABILITATION SERVICES OF MICHIGAN, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND REHABILITATION SERVICES OF NEW JERSEY, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND REHABILITATION SERVICES OF OHIO, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND REHABILITATION SERVICES OF VIRGINIA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND REHABILITATION SERVICES, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND SERVICES, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND THERAPY PROVIDER NETWORK, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND VILLAGE OF WESTERVILLE OH (NC), LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND VILLAGE OF WESTERVILLE OH (RC), LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND WILLOWBROOK OF HOUSTON TX LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND-BEAVERCREEK OF DAYTON OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND-BRIARWOOD MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND-CHARLESTON OF HANAHAN SC, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND-CRESTVIEW MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND-DORVIN OF LIVONIA MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND-FAIRFIELD OF PLEASANTVILLE OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND-FOSTRIAN OF FLUSHING MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND-GEORGIAN BLOOMFIELD OF BLOOMFIELD HILLS MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND-GEORGIAN EAST OF GROSSE POINTE MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND-GREENVIEW MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND-HAMPTON OF BAY CITY MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND-HOLLY GLEN OF TOLEDO OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND-INDIAN LAKE OF LAKEVIEW OH LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND-KNOLLVIEW MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

HEARTLAND-LANSING OF BRIDGEPORT IGHT, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND-PALM LAKES OF HIALEAH FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND-MT. AIRY OF CINCINNATI OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND-OAK PAVILION OF CINCINNATI OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND-OAKLAND MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND-PEWAUKEE OF WAUKESHA WI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND-PLYMOUTH COURT MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND-PRESTON COUNTY OF KINGWOOD WV, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND-PRESTWICK IN, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND-PROSPERITY OAKS OF PALM BEACH GARDENS FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND-RIVERVIEW OF EAST PEORIA IL (SNF), LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND-RIVERVIEW OF SOUTH POINT OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND-SOUTH JACKSONVILLE OF JACKSONVILLE FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND-UNIVERSITY OF LIVONIA MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND-VICTORIAN VILLAGE OF COLUMBUS OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND-WASHINGTON MANOR OF KENOSHA WI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND-WILLOW LANE OF BUTLER MO LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND-WILLOWBROOK OF HOUSTON TX LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND-WOODRIDGE ASSISTED LIVING OF FAIRFIELD OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HEARTLAND-WOODRIDGE OF FAIRFIELD OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HERLINDA CHAVEZ
C/O HORWITZ, HORWITZ, AND ASSOCIATES LTD
25 E. WASHINGTON, SUITE 900
CHICAGO, IL  60602

HEWLETT PACKARD
3000 HANOVER ST
PALO ALTO, CA  94304

HOLIDAY NURSING CENTER - CENTER TX LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

HOOD LAW FIRM
ATTN: MOLLY CRAIG
172 MEETING STREET
CHARLESTON, SC  29401

HUNTINGTON NATIONAL BANK
C/O CHERYL HOLM
519 MADISON AVENUE
TOLEDO, OH  43604

HYLANT-MACLEAN, INC
ATTN: J. SCOTT STEWART
811 MADISON AVE
PO BOX 1687
TOLEDO, OH  43603-1687

IDA RUPP, INDIVIDUALLY
DPAUL RUPP, SR., INDIVIDUALLY
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

IN HOME HEALTH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

INDIAN LAKE RE GROUP LLC
C/O SABER HEALTHCARE GROUP LLC
ATTN: GEORGE S REPCHICK, PRESIDENT
26691 RICHMOND RD
BEDFORD HEIGHTS, OH  44146

INDIAN LAKE RE GROUP LLC
C/O SABER HEALTHCARE GROUP LLC
ATTN: GREGORY S NICOLUZAKIS, GENERAL COUNSEL
26691 RICHMOND RD
BEDFORD HEIGHTS, OH  44146

INDUSTRIAL WASTES, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA  19101-7346

INTERNAL REVENUE SERVICE
P.O. BOX 802501
CINCINNATI, OH  45280-2501

J. JAMES PROPERTIES, INC
ATTN: SARAH MCGEE
PO BOX 2305
PADUCAH, KY  42002

J. JAMES PROPERTIES, INC
ENERGY FITNESS
ATTN: SHARON HALES
2343 NEW HOLT ROAD
PADUCAH, KY  42003

JACK H. HARRISON
RHONDA M. HARRISON, ATTORNEY-IN-FACT
C/O WILKES & MCHUGH
437 GRANT ST.
PITTSBURGH, PA  15219

JACKSON OPCO LLC
ATTN: DOV GREEN, MANAGER
C/O PREFERRED CARE
22 TAFT AVENUE
LAKEWOOD, NJ  08701

JACKSON REALTY HOLDINGS LLC
ATTN: DOV GREEN, MANAGER
C/O PREFERRED CARE
22 TAFT AVENUE
LAKEWOOD, NJ  08701

JAMES PHILIP PAGOAGA
21 WINDING CREEK PLACE
SYLVANIA, OH  43560

JANET A. MASTRANGELO
266 CROSSING CREEK N
GAHANNA, OH  43230

JEAN M. PALMER
KENNETH AND LINDA PALMER, CO-
GUARDIANS
C/O WILKES & MCHUGH, P.A.
ONE NORTH DALE MABRY, SUITE 800
TAMPA, FL  33610

JEANNETTE PAYNE
C/O PATRICK CAVANAUGH
200 FIRST AVE., SUITE 300
THE WATERFRONT BLDG., 707 GRANT
STREET
PITTSBURGH, PA  15222

JEFF HARRIS
25536 SEMINARY RD
PERRYSBURG, OH  43551

JEFF ROYER
8826 OLDHAM WAY
WEST PALM BEACH, FL  33412

JEFFREY B. GILMORE
JOANNE FARRAH, ATTORNEY-IN-FACT
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

JIM PAGOAGA
21 WINDING CREEK PLACE
SYLVANIA, OH  43560

JOANNA DRONICK
CAROL A. RENNICK, ATTORNEY-IN-FACT
ATTN: TIM MCHUGH C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

JOHN COSTELL, SR.
KIM CHALMERS, INDIVIDUALLY
C/O MCHUGH FULLER LAW GROUP, PLLC
97 ELAS WHIDDON RD.
HATTIESBURG, MS  39402

JOHN HUBER
2779 STONEFENCE DRIVE
PERRYSBURG, OH  43551

JOHN K. GRAHAM
3547 HILL RIVER DRIVE
TOLEDO, OH  43615

JOHN REMENAR
17302 BEACH RIDGE WAY
WEST OLIVE, MI  49460

JOYCE SMITH
3521 CEDAR CREEK COURT
MAUMEE, OH  43537

JOYLIN NATION
15985 VOYAGEURS PLACE
WELLINGTON, FL  33414-9073

JP MORGAN SECURITIES LLC
277 PARK AVENUE
NEW YORK, NY  10172

JULIE A. BECKERT
3911 BUELL AVE
TOLEDO, OH  43613

KAREN DAVIDSON
612 W. MAGNOLIA
PANA, IL  62557

KAREN H. BECHTEL
THE CARLYLE GROUP
520 MADISON AVENUE
NEW YORK, NY  10022

KATHRYN SUE HOOPS
24708 MCCUTCHENVILLE RD
PERRYSBURG, OH  43551

KENDRA WILLIAM
857 S 115TH AVENUE
OSBORNE, KS  67473

KENNETH SMITH
LINDA SMITH, ATTORNEY-IN-FACT
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

KENNETH WETZEL
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19146

KENSINGTON MANOR-FARGO, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

KIMBERLY DALLAS
C/O LAWRENCE RAYMOND BACH
ATTN: LAWRENCE BACH 50 S MAIN STREET
AKRON, OH  44308

KIRK & CHANEY
ATTN: JAKE JONES
14000 QUAIL SPRINGS PARKWAY STE 3500
OKLAHOMA CITY, OK  73134

KIRK POMPEO
1309 NIGHTINGALE LANE
GOSHEN, KY  40026

L. MARTIN GRABIJAS
2682 RAVINE SIDE NORTH
HOWELL, MI  48843

LANSING GARDENS REAL ESTATE LLC
C/O GARDEN HEALTHCARE OF ROCKY
RIVER LLC
34 LORD STREET
LAWRENCE, NY  11559

LANSING GARDENS REHABILITATION AND
CARE CENTER LLC
C/O GARDEN HEALTHCARE OF ROCKY
RIVER LLC
34 LORD STREET
LAWRENCE, NY  11559

LARRY E. HIGGINS
BECKIE J. HIGGINS-AREY, ATTORNEY-IN-
FACT
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

LARRY GODLA
132 BIRCHSIDE CIRCLE
LOCUST GROVE, VA  22508

LAVINA G. WACHTER
C/O LEON AUSSPRUNG, MD, LLC
1429 WALNUT STREET, SUITE 300
PHILADELOPHIA, PA  19102

LEOTA LEFEVER GANDY
MICHAEL A. BIECHLER, ATTORNEY-IN-FACT
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

LEXINGTON INSURANCE COMPANY
99 HIGH ST, FLOOR 24
BOSTON, MA  02110-2378

LEXINGTON REHABILITATION AND NURSING
CENTER-LEXINGTON SC, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

LIBERTY MUTUAL INSURANCE CO.
175 BERKELEY STREET
BOSTON, MA  02116

LINDA ELLEN NEUMANN
1495 INWOOD ROAD
OAKLAND TWP, MI  48306

LINDA EMMETT
10408 MEADOWLARK CT. EAST
BONNEY LAKE, WA  98391

LISA MONTONE, AS POA FOR BETTY
URANKO
C/O MCHUGH FULLER LAW GROUP
97 ELIAS WHIDDON RD.
HATTIESBURG, MS  39402

LLOYDS OF LONDON
ONE LIME STREET
LONDON  EC3M 7HA  UNITED KINGDOM

LORRAINE WHITE
KATHLEEN HARMS, AS ATTORNEY-IN-FACT
C/O LEVIN & PERCONTI
325 NORTH LASALLE STREET, SUITE 450
CHICAGO, IL  60654

LOUISE JOSEPHINE BRIGGS
C/O WILKES & MCHUGH
437 GRANT ST.
PITTSBURGH, PA  15237

LOWIS & GELLEN
ATTN: JIM BREAM
175 WEST JACKSON BOULEVARD, SUITE 950
CHICAGO, IL  60604

LYNDA GLUCH
8740 PAULINA
GROSSE ILE, MI  48138

LYNN M. HOOD
15415 MEADOW WOOD DR
WELLINGTON, FL  33414

MANOR CARE AVIATION, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE INSURANCE INC.
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE INSURANCE, INC.
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE- LELY PALMS OF NAPLES FL
(SH), LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE NURSING CENTER OF
SARASOTA FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF ABERDEEN SD, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF AKRON OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF ALEXANDRIA VA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF ALLENTOWN PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF ANDERSON IN LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF ARLINGTON VA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF BARBERTON OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF BETHEL PARK PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF BETHESDA MD, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF BETHLEHEM PA (2021), LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF BETHLEHEM PA (2029), LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF BOCA RATON FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF BOULDER CO, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF BOYNTON BEACH FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF CAMP HILL PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF CARLISLE PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF CEDAR RAPIDS IA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF CHAMBERSBURG PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF CHERRY HILL NJ LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF CHEVY CHASE MD, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF CITRUS HEIGHTS CA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF DALLAS TX LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF DALLASTOWN PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF DAVENPORT IA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF DELAWARE COUNTY, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF DELRAY BEACH FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF DENVER CO, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF DUBUQUE IA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF DUNEDIN FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF EASTON PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF ELGIN IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE OF ELIZABETHTOWN PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF ELK GROVE VILLAGE IL,
LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF FARGO ND, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF FLORISSANT MO, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF FOND DU LAC WI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF FORT WORTH TX (NRH),
LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF FORT WORTH TX (NW), LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF FOUNTAIN VALLEY CA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF FT. MYERS FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF GIG HARBOR WA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF GREEN BAY WI (EAST), LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF GREEN BAY WI (WEST), LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF HEMET CA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF HINSDALE IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF HOMEWOOD IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF HUNTINGDON VALLEY PA,
LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF INDY (SOUTH) IN, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF JERSEY SHORE PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF KANKAKEE IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF KING OF PRUSSIA PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF KINGSFORD MI, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF KINGSTON PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF LACEY WA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF LANCASTER PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF LAURELDALE PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF LEBANON PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF LIBERTYVILLE IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF LYNNWOOD WA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF MARIETTA GA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF MAYFIELD HEIGHTS OH,
LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF MCMURRAY PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF MIDWEST PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF MINOT ND LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF MONROEVILLE PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF MOUNTAINSIDE NJ, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF NAPERVILLE IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF NAPLES FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF NEW PROVIDENCE NJ, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF NORTH OLMSTED OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF NORTHBROOK IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF OAK LAWN (EAST) IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF OAK LAWN (WEST) IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF OKLAHOMA CITY
(NORTHWEST), LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF OKLAHOMA CITY
(SOUTHWEST), LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF OVERLAND PARK KS LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF PALM DESERT CA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF PALM HARBOR FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF PALOS HEIGHTS (WEST) IL,
LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF PALOS HEIGHTS IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF PARMA OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF PINEHURST NC, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF PLANTATION FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF POTOMAC MD, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF POTTSTOWN PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF POTTSVILLE PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF RENO NV, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF ROLLING MEADOWS IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF SALMON CREEK WA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF SAN ANTONIO (NORTH) TX
LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF SHAWANO WI LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF SILVER SPRING, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF LINKING SPRING, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF SOUTH HOLLAND IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF SOUTH OGDEN UT, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF SPOKANE WA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF SPRINGFIELD MO, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF SUNBURY PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF SUNNYVALE CA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF TACOMA WA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF TOPEKA KS, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF TOWSON, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF TUCSON AZ LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF TULSA OK, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF VENICE FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF VOORHEES NJ, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF W. PALM BEACH FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF WALNUT CREEK CA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF WATERLOO IA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF WEBSTER TX LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF WEST DES MOINES IA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF WEST READING PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF WESTERVILLE OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF WESTMONT IL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF WHEATON MD, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF WICHITA KS, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF WILLIAMSPORT PA
(NORTH), LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF WILLIAMSPORT PA
(SOUTH), LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF WILLOUGHBY OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF WILMETTE IL LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF WILMINGTON DE, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF WINTER PARK FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF WOODBRIDGE VA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF YEADON PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF YORK PA (NORTH), LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE OF YORK PA (SOUTH), LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE REHABILITATION CENTER OF
DECATUR GA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE SHARPVIEW OF HOUSTON TX
LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE SUPPLY, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE, INC.
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE-BELDEN VILLAGE OF CANTON
OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE-CARROLLWOOD OF TAMPA
FL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE-DULANEY MD, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE-EUCLID BEACH OF
CLEVELAND OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE-FAIR OAKS OF FAIRFAX VA,
LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE-GREENTREE OF PITTSBURGH
PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE-IMPERIAL OF RICHMOND VA,
LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE-KINGSTON COURT OF YORK
PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE-LANSDALE OF
MONTGOMERYVILLE PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE-LARGO MD, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE-LINDEN VILLAGE OF LEBANON
PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE-NORTH HILLS OF
PITTSBURGH PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE-PIKE CREEK OF WILMINGTON
DE, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE-ROCKY RIVER OF CLEVELAND
OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE-ROLAND PARK MD, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE-ROSSVILLE MD, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE-RUXTON MD, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE-SHARPVIEW OF HOUSTON TX,
LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE-STRATFORD HALL OF
RICHMOND VA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE-SUMMER TRACE OF CARMEL
IN, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE-TICE VALLEY CA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

MANOR CARE-WEST DEPTFORD
PAULSBORO NJ, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANOR CARE-WOODBRIDGE VA, LLC
LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANORCARE HEALTH SERVICES OF
OKLAHOMA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANORCARE HEALTH SERVICES OF
TOLEDO OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MANORCARE HEALTH SERVICES, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MARION M. EAGAN
C/O WILKES & MCHUGH, P.A.
ONE NORTH DALE MABRY, SUITE 800
TAMPA, FL 33613

MARK GLOTH
2322 HIDDEN BROOK ROAD
FINKSBURG, MD 21048

MARK MCBRIDE
4244 WINDCREST DRIVE
WESLEY CHAPEL, FL 33544

MARTIN DAVID ALLEN
7151 WHISPERING OAK
SYLVANIA, OH 43560

MARTIN GRABIJAS
2682 RAVINE SIDE NORTH
HOWELL, MI 48843

MARY A. KEISLER AND JOHN S. KEISLER
C/O STARK & STARK
777 TOWNSHIP LINE RD, #120
YARDLEY, PA 19067

MARY ALICE CARTER
MARY K. LITMAN, INDIVIDUALLY
C/O MCHUGH FULLER LAW GROUP PLLC
97 ELIAS WHIDDON RD
HATTIESBURG, MS 39402

MARY E. REIGH
MERLE REIGH, ATTORNEY-IN-FACT
C/O WILKES & MCHUGH
437 GRANT ST.
PITTSBURGH, PA 15219

MARY J. ECKMAN
JOHN E. ECKMAN, SR., ATTORNEY-IN-FACT
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA 19102

MARY JANE RUPPERT
603 NORTH BLACKHOOF ST.
WAPAKONETA, OH 45895

MARY L. BELL
C/O WILKES & MCHUGH, P.A.
ONE NORTH DALE MABRY, SUITE 800
TAMPA, FL 33619

MARYSVILLE GARDENS REAL ESTATE LLC
C/O GARDEN HEALTHCARE OF ROCKY
RIVER LLC
34 LORD STREET
LAWRENCE, NY 11559

MARYSVILLE GARDENS REHABILITATION
AND HEALTH CARE CENTER LLC
C/O GARDEN HEALTHCARE OF ROCKY
RIVER LLC
34 LORD STREET
LAWRENCE, NY 11559

MATTHEW S. KANG
3214 CHAPEL CREEK DR
PERRYSBURG, OH 43551

MC OPERATIONS INVESTMENTS, INC.
C/O QUALITY CARE PROPERTIES, INC.
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD 20814

MCVEY & PARSKY
ATTN: TIM MCVEY
30 N. LASALLE STREET, SUITE 2100
CHICAGO, IL 60602

MEDICAL CARE CENTER-LYNCHBURG VA,
LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MELISSA SORENSEN
16591 FREYMAN RD
CYGNET, OH 43413

MERCEDES-BENZ USA, LLC
ONE MERCEDES DRIVE
PO BOX 350
MONTVALE, NJ 07645

MERCY/MANOR PARTNERSHIP
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MICHAEL JOHN REED
3899 MIDSHORE DRIVE
NAPLES, FL 34109

MICHAEL T. YURCHAK
AMY R. YURCHAK, ATTORNEY-IN-FACT
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA 19102

MIKE FERGUSON
2612 EVERGREEN ROAD
TOLEDO, OH 43606

MIKE REED
3899 MIDSHORE DRIVE
NAPLES, FL 34109

MILESTONE HEALTHCARE, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

MILTON ROYES
C/O ITZLER & ITZLER
1421 SE 4TH AVENUE, SUITE A
FT. LAUDERDALE, FL  33316

MURRY GARDENS REALTOR, LLC
C/O GARDEN HEALTHCARE OF ROCKY
RIVER LLC
34 LORD STREET
LAWRENCE, NY  11559

MURRY GARDENS REHABILITATION AND
CARE CENTER LLC
C/O GARDEN HEALTHCARE OF ROCKY
RIVER LLC
34 LORD STREET
LAWRENCE, NY  11559

MURRY JAY MERCIER
7110 OAK BLUFF LANE
MAUMEE, OH  43537

NANCY EDWARDS
9261 LERWICK DR.
DUBLIN, OH  43017

NATIONAL UNION FIRE INS. CO. PA
175 WATER STREET
18TH FLOOR
NEW YORK, NY  10038

NATIONAL UNION FIRE INS. CO.
175 WATER STREET
18TH FLOOR
NEW YORK, NY  10038

NORMA L. BLASCHKE
HARRY G. BLASCHKE, ATTORNEY-IN-FACT
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

NORMAN J. BRINTON
JOAN D. BRINTON, ATTORNEY-IN-FACT
ATTN: TIM MCHUGH C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

NORMAN SPECIALTY HOSPITAL, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

OAKMONT EAST-GREENVILLE SC, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

OAKMONT OF UNION SC, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

OAKMONT WEST-GREENVILLE SC, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

OFFICE OF THE UNITED STATES ATTORNEY
DISTRICT OF DELAWARE
NEMOURS BUILDING
1007 N ORANGE ST #700
WILMINGTON, DE  19801

OFFICE OF THE UNITED STATES TRUSTEE
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, STE 2207
LOCKBOX 35
WILMINGTON, DE  19801

OHIO DEPARTMENT OF TAXATION
P.O. BOX 530
COLUMBUS, OH  43216-0530

OHIO EMPLOYEE HEALTH PARTNERSHIP,
LTD
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

OLD ORCHARD HEALTH CARE CENTER-
EASTON PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

PATRICIA ROGGENBECK
7303 CHERRY HILL RD
YPSILANTI, MI  48198

PAUL A. ORMOND
95047 SAN REMO DRIVE
#2A
FERNANDINA BEACH, FL  32034

PAUL ORMOND
95047 SAN REMO DRIVE
#2A
FERNANDINA BEACH, FL  32034

PAULA ADAMS
12132 TURNBERRY DR.
RANCHO MIRAGE, CA  92270

PERRYSBURG COMMONS SENIOR HOUSING-
PERRYSBURG OH, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

PETER ALLEGRETTI
601 GOLDEN ROD WAY
ST. MARY'S, GA  31558

PETRULLO, LLP
ATTN: JOHN PETRULLO
222 N. SEPULVEDA BOULEVARD, SUITE 806
EL SEGUNDO, CA  90245

PITNEY BOWES INC
1 ELMCROFT ROAD
STAMFORD, CT  06926-0700

PLEASANT VALLEY APTS LTD.
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

PORTFOLIO ONE, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

PROVIDENCE INDIUCKY LLC
140 N UNION AVE
STE 320
FARMINGTON, UT  84025

QUALITY CARE PROPERTIES, INC.
ATTN: DAVID HADDOCK
7315 WISCONSIN AVE.
SUITE 550 EAST
BETHESDA, MD  20814

QUALITY CARE PROPERTIES, INC.
C/O SULLIVAN & CROMWELL LLP
ATTN ANDREW DIETDERICH, DAVID
ZYLBERBERG
125 BROAD STREET
NEW YORK, NY  10004-2498

QUARTINE BIQUIN
MARY HAAS, AS POA
C/O SPIROS LAW, P.C.
2807 N. VERMILION, SUITE 3
DANVILLE, IL 61832

R&F HEALTHCARE HOLDINGS US LP
ATTN: AARON FRIEDMAN, MANAGER
C/O THE ROSDEV GROUP
7077 AVE DU PARC, STE. 600
MONTREAL, QC H3N 1X7  CANADA

R&F HEALTHCARE HOLDINGS US LP
C/O GUTNICKI LLP
ATTN: AARON ROKACH ESQ
4711 GOLF RD, STE 200
SKOKIE, IL  60076

R&F HEALTHCARE HOLDINGS US LP
C/O THE ROSDEV GROUP
ATTN: ARIE FRIEDMAN
7077, AVE DU PARC, SUITE 600
MONTREAL, QC H3N 1X7  CANADA

R. MICHAEL FERGUSON
2612 EVERGREEN ROAD
TOLEDO, OH  43606

RAMI UBAYDI
3910 WHITE TAIL DRIVE
ROCHESTER HILLS, MI  48306

RAVENSWOOD STATION, LTD.
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

RD CREDIT, LLC
ATTN: VIV MELWANI, STAN FEDORENKO
C/O CENTERBRIDGE PARTNERS, L.P.
375 PARK AVENUE
NEW YORK, NY  10152

RD CREDIT, LLC
C/O AKIN GUMP STRAUSS HAUER  FELD LLP
ATTN.: PHILIP DUBLIN,  ALEXIS FREEMAN
ONE BRYANT PARK
NEW YORK, NY  10036

REED SMITH LLP
ATTN: ERIC DUBELIER
1301 K STREET, N.W., SUITE 1000
EAST TOWER
WASHINGTON, DC  20005

REHABILITATION ADMINISTRATION, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

REMINGER CO.
ATTN: DAN NEWMAN
525 VINE STREET, SUITE 1700
CINCINNATI, OH  45202

RHONDA DEMPSEY
311 YORK LN
YORKTOWN, VA  23692

RICHARD A. PARR II
2253 GRAY FOX COURT
ANN ARBOR, MI  48103

RICHARD E. COLUMBUS
CLARA J. COLUMBUS, AS NEXT OF KIN OF
ATTN: RAY MAPLES C/O MAPLES, NIX AND
DIESSELHORST, PLLC
15401 N. MAY AVENUE
EDMOND, OK  73103

RICHARD G. RUMP
2423 HEATHER GLEN DR
MAUMEE, OH  43537

RICHARD H. KINCAID
MARY J. KINCAID, LIMITED GUARDIAN
C/O WILKES & MCHUGH, P.A.
ONE NORTH DALE MABRY, SUITE 800
TAMPA, FL  33610

RICHARD PARR
2253 GRAY FOX COURT
ANN ARBOR, MI  48103

RITA T. WALLACE
RICHARD C. WALLACE, ATTORNEY-IN-FACT
C/O WILKES & MCHUGH, P.A.
ONE NORTH DALE MABRY, SUITE 800
TAMPA, FL  33610

ROBERT GRIFFIN JULIUS
3321 PELHAM RD
OTTAWA HILLS, OH  43606

ROBERT SHARON
8719 STONE POST ROAD
SYLVANIA, OH  43560

ROLAND WESLEY AND CAROL WESLEY
C/O LAW OFFICE OF MARTIN L. GLINK
1655 N. ARLINGTON HTS. RD., SUITE 100E
ARLINGTON HTS., IL  60004

RON TRAUPANE
409 FIDDLERS POINT DR
ST AUGUSTINE, FL  32080

ROSEMARIE CURZI, AN INDIVIDUAL
CAESAR CURZI, AN INDIVIDUAL
C/O HERSH & HERSH
601 VAN NESS AVE., SUITE 2080
SAN FRANCISCO, CA  94102

RUTH BEAR, AN INDIVIDUAL
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19138

S&S WORLDWIDE INC
75 MILL ST
COLCHESTER, CT  06415

SAFETY NATIONAL CASUALTY
CORPORATION
1832 SCHUETZ RD
ST. LOUIS, MO  63146

SAGINAW OPCO LLC
ATTN: DOV GREEN, MANAGER
C/O PREFERRED CARE
22 TAFT AVENUE
LAKEWOOD, NJ  08701

SAGINAW REALTY HOLDINGS II LLC
ATTN: DOV GREEN, MANAGER
C/O PREFERRED CARE
22 TAFT AVENUE
LAKEWOOD, NJ  08701

SAN ANTONIO TX SNF REALTY LLC
ATTN: AARON FRIEDMAN, MANAGER
C/O THE ROSDEV GROUP
7077 AVE DU PARC, STE. 600
MONTREAL, QC  H3N 1X7  CANADA

SANDRA L. BOUTILMAN
ANN R. RUSSELL, ATTORNEY-IN-FACT
ATTN: TIM MCHUGH C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

SCOTT WINDMANN
2267 ROBINWOOD AVE
TOLEDO, OH  43620

SHADYSIDE NURSING AND REHABILITATION
CENTER-PITTSBURGH PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

SHARON HOLLINS
2641 FALMOUTH RD
OTTAWA HILLS, OH  43615

SHARPVIEW TX SNF REALTY LLC
ATTN: AARON FRIEDMAN, MANAGER
C/O THE ROSDEV GROUP
7077 AVE DU PARC, STE. 600
MONTREAL, QC  H3N 1X7  CANADA

SIX CONTINENTS HOTELS, INC.
THREE RAVINIA DRIVE, STE 100
ATLANTA, GA  30346

SKY VUE TERRACE-PITTSBURGH PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

SOCIETE GENERALE SECURITIES SERVICES
GMBH
ATTN: DARREN J. ROBBINS, NATHAN R.
LINDELL
ROBBINS GELLER RUDMAN & DOWD, LLP
655 WEST BROADWAY, SUITE 1900
SAN DIEGO, CA  92101

SOCIETE GENERALE SECURITIES SERVICES
GMBH
ATTN: JACK LANDSKRONER
LANDSKRONER GRIECO MERRIMAN, LLC
1360 WEST 9TH STREET, SUITE 200
CLEVELAND, OH  44113

SOCIETE GENERALE SECURITIES SERVICES
GMBH
ATTN: RICHARD M. KERGE
33 S. MICHIGAN STREET, SUITE 100
TOLEDO, OH  43604

SPRINGHOUSE OF BETHESDA MD, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

SPRINGHOUSE OF PIKESVILLE MD, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

SPRINGHOUSE OF SILVER SPRING MD, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

STANLEY TITLEBAUM
DAVE I. KAISER, ATTORNEY-IN-FACT
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

STAPLES CONTRACT & COMMERCIAL, INC.
500 STAPLES DRIVE
FRAMINGHAM, MA  01702

STARR SURPLUS LINES
ONE INTERNATIONAL PLACE
13TH FLOOR
BOSTON, MA  02110

STEPHEN C. SADDLER MD
8101 HINSON FARM ROAD
#301
ALEXANDRIA, VA  22306

STEPHEN GUILLARD
78 TILIPI RUN
CHATHAM, MA  02633-2554

STEPHEN H. WISE
THE CARLYLE GROUP
520 MADISON AVENUE
NEW YORK, NY  10022

STEVE CAVANAUGH
9036 SAND RIDGE DRIVE
HOLLAND, OH  43528

STEVE SADDLER, M.D.
8101 HINSON FARM ROAD
#301
ALEXANDRIA, VA  22306

STEVE SPENCER
1102 TOWSLEY LANE
ANN ARBOR, MI  48105

STEVEN M. CAVANAUGH
9036 SAND RIDGE DRIVE
HOLLAND, OH  43528

SUE MOREY
308 SHELLY DRIVE
SINKING SPRING, PA  19608

SUN PHARMACY, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

SUNRISE DEVELOPMENT INC
7902 WESTPARK DRIVE
MCLEAN, VA  22102

SUNRISE SENIOR LIVING LLC
ATTN: LEGAL OFFICE
7902 WESTPARK DR
MCLEAN, VA  22102

SUNRISE SENIOR LIVING LLC
C/O ARENT FOX LLP
ATTN: MINDY PITTELL HURWITZ ESQ
1717 K ST, NW
WASHINGTON, DC  20006-5344

SUSAN ELIZABETH MOREY
308 SHELLY DRIVE
SINKING SPRING, PA  19608

TAMMY BARKER
4521 SUTTON RD.
BRITTON, MI 49229

TARABEN RUPARELIA
ATUL RUPARELIA AND SANJIV RUPARELIA,
POA
C/O STARK & STARK
777 TOWNSHIP LINE RD, #120
YARDLEY, PA 19068

THE CARLYLE GROUP
ATTN: DANIEL T. LENNON,
ROGER G. SCHWARTZ, J. CORY TULL
555 ELEVENTH STREET, NW, STE 1000
WASHINGTON, DC 20004-1304

THE CARLYLE GROUP
ATTN: RAM JAGANNATH
520 MADISON AVENUE
NEW YORK, NY 10022

THE ESTATE OF AIDA J. PEON
MARY ANN TORRENS, PERSONAL REP.
ATTN: TIM MCHUGH C/O WILKES & MCHUGH,
P.A.
ONE NORTH DALE MABRY, SUITE 800
TAMPA, FL 33610

THE ESTATE OF ARTHUR HODDICK
ANDREW B. HODDICK, PR
ATTN: TIM MCHUGH C/O WILKES & MCHUGH,
P.A.
ONE NORTH DALE MABRY, SUITE 800
TAMPA, FL 33610

THE ESTATE OF AURELIA M. RUSSO
LUCILLE LOUISE RICKER, PERSONAL REP.
C/O WILKES & MCHUGH, P.A.
ONE NORTH DALE MABRY, SUITE 800
TAMPA, FL 33610

THE ESTATE OF BETTIE GRIFFITH
JOY ANN AUGUSTINE, PR
C/O WILKES & MCHUGH, P.A.
ONE NORTH DALE MABRY, SUITE 800
TAMPA, FL 33610

THE ESTATE OF BRYAN L. SLATTERY
EM MICKI SLATTERY, PERSONAL REP.
ATTN: TIM MCHUGH C/O WILKES & MCHUGH,
P.A.
ONE NORTH DALE MABRY, SUITE 800
TAMPA, FL 33610

THE ESTATE OF CARRIE ETTA MCGOFFNEY
C/O HUME SMITH GEDDES GREEN &
SIMMONS
54 MONUMENT CIRCLE, 4TH FLOOR
INDIANAPOLIS, IN 46204

THE ESTATE OF DAVID GUARALDO
JUDITH ANN GUARALDO, PERSONAL REP.
C/O WILKES & MCHUGH, P.A.
ONE NORTH DALE MABRY, SUITE 800
TAMPA, FL 33610

THE ESTATE OF HAROLD E. BRAUN
SHEILA R. BRAUN, EXECUTOR DE SON TORT
C/O WILKES & MCHUGH, P.A.
ONE NORTH DALE MABRY, SUITE 800
TAMPA, FL 33610

THE ESTATE OF JOSEPHINE J. CALDERONI
DOMNICK CALDERONI AND SARAH BARRY,
CO-PR
C/O WILKES & MCHUGH, P.A.
ONE NORTH DALE MABRY, SUITE 800
TAMPA, FL 33610

THE ESTATE OF JOY A. ALLEN
BRADLEY ALLEN, PERSONAL
REPRESENTATIVE
C/O WILKES & MCHUGH, P.A.
ONE NORTH DALE MABRY, SUITE 800
TAMPA, FL 33621

THE ESTATE OF LILLIE P. ROBERTS
DAVID ROBERTS, ADMINISTRATOR
C/O WILLIAM CAMPBELL
6105 PARKLAND BLVD.
MAYFIELD HEIGHTS, OH 44124

THE ESTATE OF LYDIA ESTHER RIVERA
LYDIA MORING, AS PR
C/O MANDELBAUM TRICHLER
6528 GUNN HIGHWAY
TAMPA, FL 33625

THE ESTATE OF MARCELLA A. HUMBERT
SHARON LEE KREUZINGER, PR
C/O WILKES & MCHUGH, P.A.
ONE NORTH DALE MABRY, SUITE 800
TAMPA, FL 33610

THE ESTATE OF MARIA ESPARZA DELTORO
RAMON DELTORO, PR
C/O MATEER HARBERT
225 EAST ROBINSON ST., PO BOX 2854
ORLANDO, FL 32802

THERESA REIPRECHT
JUDI REIPRECHT BERNADETE ET AL
C/O VALENTINE LAW GROUP, APC
26021 ACERO
MISSION VIEJO, CA 92691

THOMAS HARJO, AS SUR
C/O MAPLES, NIX AND DIESSELHORST, PLLC
15401 N. MAY AVENUE
EDMOND, OK 73104

THOMAS L. YOUNG
8967 BLOOMFIELD BLVD.
SARASOTA, FL 34238

THOMAS R. KILE
602 W BAYVIEW DR
SANDUSKY, OH 44870

THORNTON, JOEL
C/O GOUDIE & KOHNGOUDIE & KOHN
3004 WEST CYPRESS STREET
TAMPA, FL 33609

TIM LEONARD
5968 SWEETGUM DR
MONCLOVA, OH 43542

TOM YOUNG
8967 BLOOMFIELD BLVD.
SARASOTA, FL 34238

TRICIA MCCORMICK
26920 W. RIVER ROAD
PERRYSBURG, OH 43551

TWINBROOK MEDICAL CENTER-ERIE PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH 43604

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

URBANA RE GROUP LLC
C/O SABER HEALTHCARE GROUP LLC
ATTN: GEORGE S REPCHICK, PRESIDENT
26691 RICHMOND RD
BEDFORD HEIGHTS, OH 44146

URBANA RE GROUP LLC
C/O SABER HEALTHCARE GROUP LLC
ATTN: GREGORY S NICOLUZAKIS, GENERAL
COUNSEL
26691 RICHMOND RD
BEDFORD HEIGHTS, OH 44146

V. RITA GOE
MEGAN E. CASTOR, ATTORNEY-IN-FACT
C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

WALLINGFORD CT SNF REALTY LLC
REHABILITATION CENTER-WALLINGFORD
PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

WEBSTER TX SNF REALTY LLC
ATTN: AARON FRIEDMAN, MANAGER
C/O THE ROSDEV GROUP
7077 AVE DU PARC, STE. 600
MONTREAL, QC  H3N 1X7  CANADA

WEST ASHLEY REHABILITATION AND
NURSING CENTER-CHARLESTON SC, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

WEST HOUSTON TX SNF REALTY LLC
ATTN: AARON FRIEDMAN, MANAGER
C/O THE ROSDEV GROUP
7077 AVE DU PARC, STE. 600
MONTREAL, QC  H3N 1X7  CANADA

WESTPORT INSURANCE CORP.
C/O SWISS RE AMERICA HOLDING
CORPORATION
5200 METCALF AVE
OVERLAND PARK, KS  66202-1265

WESTPORT INSURANCE CORP.
C/O SWISS REINSURANCE COMPANY LTD.
MYTHENQUAI 50/60
ZURICH  08022  SWITZERLAND

WHITEHALL BOROUGH-PITTSBURGH PA, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

WILL JOHNSTON
3100 WEST END AVENUE
SUITE 875
NASHVILLE, TN  37203

WILLARD F. GOWER
BARBARA L. CLAUSER, ATTORNEY-IN-FACT
ATTN: TIM MCHUGH C/O WILKES & MCHUGH
1601 CHERRY STREET, SUITE 1300
PHILADELPHIA, PA  19102

WILLIAM P. JOHNSTON
3100 WEST END AVENUE
SUITE 875
NASHVILLE, TN  37203

WILLOWBROOK TX SNF REALTY LLC
ATTN: AARON FRIEDMAN, MANAGER
C/O THE ROSDEV GROUP
7077 AVE DU PARC, STE. 600
MONTREAL, QC  H3N 1X7  CANADA

WINTER PARK NURSING CENTER, LLC
333 N. SUMMIT STREET, 16TH FLOOR
TOLEDO, OH  43604

Total: 823