IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HCR MANORCARE, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 18-10467 (KG) |

**NOTICE OF HEARING TO CONSIDER FIRST DAY PLEADINGS**

**PLEASE TAKE NOTICE** that on March 4, 2018, HCR ManorCare, Inc. (the "Debtor") filed a voluntary petition in the United States Bankruptcy Court for the District of Delaware (the "Court") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). The Debtor continues to operate its business as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Debtor will present the following pleadings (the "First Day Pleadings") on **March 6, 2018 at 11:00 A.M. (ET)** (the "First Day Hearing") before the Honorable Kevin Gross, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, DE 19801:

**FIRST DAY PLEADINGS**

1. Debtor's Application for Entry of an Order Appointing Epiq Bankruptcy Solutions, LLC as Claims and Noticing Agent *Nunc Pro Tunc* to the Petition Date [D.I. 3; 3/4/18]

2. Debtor's Motion for Entry of an Order (I) Authorizing Continued Use of Prepetition Bank Account, (II) Authorizing Continued Use of Existing Business Forms, (III) Waiving the Requirements of 11 U.S.C. §345(b) and (IV) Granting Related Relief [D.I. 4; 3/4/18]

---

[1] The last four digits of the Debtor's federal tax identification number are 9231. The Debtor's mailing address is 333 N. Summit St., Toledo, OH 43604.

01:22938573.1

3. Debtor's Motion for Entry of an Order (I) Scheduling Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Establishing the Plan and Disclosure Statement Objection Deadline and Related Procedures, (III) Approving the Solicitation Procedures, (IV) Approving the Form and Manner of Notice, (V) Directing that a Meeting of Creditors not be Convened, and (VI) Conditionally Waiving Requirement of Filing Schedules and Statements and Rule 2015.3 Reports [D.I. 8; 3/4/18]

4. Debtor's Motion for Entry of Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363, 507 and 552 and Bankruptcy Rules 2002, 4001, 6004 and 9014 (I) Authorizing Debtor to Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [D.I. 9; 3/4/18]

**PLEASE TAKE FURTHER NOTICE** that a copy of each of the First Day Pleadings will be mailed subsequent to the First Day Hearing in accordance with Rule 9013-1(m) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and can be viewed (a) for a fee on the Court's website at ecf.deb.uscourts.gov and (b) free of charge on the website of the Debtor's proposed claims and noticing agent, Epiq Bankruptcy Solutions, LLC at http://dm.epiq11.com/HCR. If you would like to receive copies of any of the First Day Pleadings prior to the First Day Hearing, please contact Troy Bollman, Paralegal, at (302) 573-7796 or tbollman@ycst.com. All parties wishing to participate in the First Day Hearing telephonically must make arrangements with CourtCall by telephone at (866) 582-6878 or on the internet at www.courtcall.com.

[*Signature Page Follows*]

01:22938573.1

| | |
|---|---|
| Dated: March 5, 2018<br>Wilmington, Delaware | SIDLEY AUSTIN LLP<br>Larry J. Nyhan<br>Dennis M. Twomey<br>William A. Evanoff<br>Allison Ross Stromberg<br>Matthew E. Linder<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>-and-<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Justin H. Rucki*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Justin H. Rucki (No. 5304)<br>Tara Pakrouh (No. 6192)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>PROPOSED ATTORNEYS FOR THE DEBTOR AND DEBTOR IN POSSESSION |