**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>HCR MANORCARE, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 18-10467 (KG) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
FIRST DAY HEARING ON MARCH 6, 2018 AT 11:00 A.M. (ET)**

**I.    PETITION AND DECLARATION IN SUPPORT OF FIRST DAY PLEADINGS**

1. Voluntary Petition Package for HCR ManorCare, Inc. [D.I. 1; 3/4/18]

2. Declaration of John R. Castellano, Chief Restructuring Officer of HCR ManorCare, Inc., in Support of the Debtor's Chapter 11 Petition and First Day Motions [D.I. 2; 3/4/18]

**II.    FIRST DAY MOTIONS AND APPLICATIONS**

3. Debtor's Application for Entry of an Order Appointing Epiq Bankruptcy Solutions, LLC as Claims and Noticing Agent *Nunc Pro Tunc* to the Petition Date [D.I. 3; 3/4/18]

    Status:    This matter will be going forward.

4. Debtor's Motion for Entry of an Order (I) Authorizing Continued Use of Prepetition Bank Account, (II) Authorizing Continued Use of Existing Business Forms, (III) Waiving the Requirements of 11 U.S.C. §345(b) and (IV) Granting Related Relief [D.I. 4; 3/4/18]

    Status:    This matter will be going forward.

5. Debtor's Motion for Entry of an Order (I) Scheduling Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Establishing the Plan and Disclosure Statement Objection Deadline and Related Procedures, (III) Approving the Solicitation Procedures, (IV) Approving the Form and Manner of Notice, (V) Directing that a Meeting of Creditors not be Convened, and (VI) Conditionally Waiving Requirement of Filing Schedules and Statements and Rule 2015.3 Reports [D.I. 8; 3/4/18]

---

[1] The last four digits of the Debtor's federal tax identification number are 9231. The Debtor's mailing address is 333 N. Summit St., Toledo, OH 43604.

Related Documents:

    a)    Prepackaged Plan of Reorganization for HCR ManorCare, Inc. [D.I. 5; 3/4/18]

    b)    Disclosure Statement for Prepackaged Plan of Reorganization for HCR ManorCare, Inc. [D.I. 6; 3/4/18]

    c)    Declaration of Jane Sullivan on behalf of Epiq Bankruptcy Solutions, LLC Regarding Service of Solicitation Packages and Voting and Tabulation of Ballots Cast on the Prepackaged Plan of Reorganization for HCR ManorCare, Inc. [D.I. 7; 3/4/18]

Status:    This matter will be going forward.

6. Debtor's Motion for Entry of Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363, 507 and 552 and Bankruptcy Rules 2002, 4001, 6004 and 9014 (I) Authorizing Debtor to Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [D.I. 9; 3/4/18]

Status:    This matter will be going forward.

[*Signature Page Follows*]

| | |
|---|---|
| Dated: March 5, 2018<br>Wilmington, Delaware | SIDLEY AUSTIN LLP<br>Larry J. Nyhan<br>Dennis M. Twomey<br>William A. Evanoff<br>Allison Ross Stromberg<br>Matthew E. Linder<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>-and-<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Justin H. Rucki*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Justin H. Rucki (No. 5304)<br>Tara Pakrouh (No. 6192)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>PROPOSED ATTORNEYS FOR THE DEBTOR AND DEBTOR IN POSSESSION |

01:22936606.1