**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>HCR MANORCARE, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-10467 (KG) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Sullivan & Cromwell LLP and Morris, Nichols, Arsht & Tunnell LLP hereby enter their appearance (the "Notice of Appearance") in the above-captioned cases as counsel to Quality Care Properties, Inc., pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C §§ 101-1532 (as amended, the "Bankruptcy Code"), and rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **SULLIVAN & CROMWELL LLP** |
|---|---|
| Derek C. Abbott (No. 3376)<br>Matthew O. Talmo (No. 6333)<br>1201 N. Market St., 16th Flr.<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: 302-658-9200<br>Fax: 302-658-3989<br>dabbott@mnat.com<br>mtalmo@mnat.com | Andrew G. Dietderich<br>David R. Zylberberg<br>125 Broad Street<br>New York, New York 10004<br>Telephone: 212-558-4000<br>Fax: 212-558-3588<br>dietdericha@sullcrom.com<br>zylberbergd@sullcrom.com |

[1] The last four digits of the Debtor's federal tax identification number are 9231. The mailing address for the Debtor is 333 N. Summit St., Toledo, OH 43604.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that is filed or given in connection with these cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives: (i) any right to have any matter or proceeding for which a bankruptcy court lacks the authority to enter a final order or judgment without the consent of the parties adjudicated by an Article III court; (ii) any right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) an election of remedies; or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against any debtor or any other entity either in these cases or in any other actions are expressly reserved.

Dated: March 5, 2018
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Derek C. Abbott*
Derek C. Abbott (No. 3376)
Matthew O. Talmo (No. 6333)
1201 N. Market St., 16th Flr.
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Fax: 302-658-3989
dabbott@mnat.com
mtalmo@mnat.com

and

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich
David R. Zylberberg
125 Broad Street
New York, New York 10004
Telephone: 212-558-4000
Fax: 212-558-3588
dietdericha@sullcrom.com
zylberbergd@sullcrom.com

*Counsel for Quality Care Properties, Inc.*