IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HCR MANORCARE, INC.,<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 18-10467 (KG) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of David R. Zylberberg of Sullivan & Cromwell LLP to represent Quality Care Properties, Inc. in connection with the above-captioned proceeding.

Dated: March 5, 2018　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, Delaware
　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Derek C. Abbott
　　　　　　　　　　　　　　　　　　　　　Derek C. Abbott (No. 3367)
　　　　　　　　　　　　　　　　　　　　　Morris, Nichols, Arsht & Tunnell LLP
　　　　　　　　　　　　　　　　　　　　　1201 North Market Street, 16th Floor
　　　　　　　　　　　　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-1347
　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 658-9200
　　　　　　　　　　　　　　　　　　　　　dabbott@mnat.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated:  March 5, 2018
　　　　　　　　　　　　　　　　　　　　　SULLIVAN & CROMWELL LLP
　　　　　　　　　　　　　　　　　　　　　David R. Zylberberg
　　　　　　　　　　　　　　　　　　　　　125 Broad Street
　　　　　　　　　　　　　　　　　　　　　New York, New York 10004
　　　　　　　　　　　　　　　　　　　　　Telephone: 212-558-4000
　　　　　　　　　　　　　　　　　　　　　zylberbergd@sullcrom.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.