**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>HCR MANORCARE, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-10467 (KG) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Andrew G. Dietderich of Sullivan & Cromwell LLP to represent Quality Care Properties, Inc. in connection with the above-captioned proceeding.

Dated: March 5, 2018
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
_____*/s/ Derek C. Abbott*_____
Derek C. Abbott (No. 3367)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
dabbott@mnat.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: March 5, 2018

SULLIVAN & CROMWELL LLP
Andrew G. Dietderich
125 Broad Street
New York, New York 10004
Telephone: 212-558-4000
dietdericha@sullcrom.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.