**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| HCR MANORCARE, INC.,[1] | ) |
| | ) Case No. 18-10467 (KG) |
| Debtor. | ) |
| | ) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Akin Gump Strauss Hauer & Feld LLP and Blank Rome LLP hereby appear in the above-captioned case as counsel to RD Credit, LLC, as administrative agent and collateral agent (the "Prepetition Agent") under that certain Credit Agreement dated as of July 17, 2017 among HCR Home Health Care and Hospice, LLC, as Borrower, HCR ManorCare, Inc. (the "Debtor"), HCR ManorCare Operations II, LLC, HCR ManorCare Heartland, LLC, Manor Care, Inc., HCR II Healthcare, LLC and HCR Healthcare, LLC, as Holdcos, and the several lenders from time to time parties thereto, and pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), request that all notices given or required to be given in this case or any related adversary proceedings and all papers served or required to be served in this case or any related adversary proceedings be given and served upon:

| **AKIN GUMP STRAUSS HAUER & FELD LLP** | **BLANK ROME LLP** |
|---|---|
| Philip C. Dublin, Esq. | Stanley B. Tarr, Esq. |
| Alexis Freeman, Esq. | 1201 North Market Street, Suite 800 |
| One Bryant Park | Wilmington, Delaware 19801 |
| New York, New York 10036 | Telephone: (302) 425-6400 |
| Telephone: (212) 872-1000 | Facsimile: (302) 425-6464 |
| Facsimile: (212) 872-1002 | Email: tarr@blankrome.com |
| Email: pdublin@akingump.com | |
| Email: afreeman@akingump.com | |

---

[1]  The last four digits of the Debtor's federal tax identification number are 9231.  The Debtor's mailing address is 333 N. Summit St., Toledo, OH 43604.

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications, notices, orders, requests, demands, complaints, petitions, schedules, plans, disclosure statements, and answering or reply papers, whether formal or informal, filed or transmitted in these cases or any related adversary proceedings and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that the Prepetition Agent intends that neither this Notice of Appearance nor any former or later pleading, claim, or suit shall waive (1) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Prepetition Agent is or may be entitled under agreements in law or in equity, all of which rights, claims, actions, defenses, set-offs, or recoupments expressly are reserved.

Dated:  March 5, 2018

**BLANK ROME LLP**

*/s/ Stanley B. Tarr*
Stanley B. Tarr (DE 5535)
1201 North Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464
Email:    tarr@blankrome.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Philip C. Dublin, Esq.
Alexis Freeman, Esq.
One Bryant Park
New York, New York 10036
Telephone:     (212) 872-1000
Facsimile:     (212) 872-1002
Email:          pdublin@akingump.com
Email:          afreeman@akingump.com

*Counsel for RD Credit, LLC*