UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

HCR MANORCARE, INC.,                    Case No. 18-10467 (KG)
                                        Chapter 11
    Debtor.
_____

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Douglas C. Bernstein and the firm of Plunkett Cooney, 38505 Woodward Avenue, Suite 100, Bloomfield Hills, Michigan 48304, represent The Huntington National Bank, a party in interest in the above case. The undersigned attorney and law firm hereby enter their Appearance pursuant to Section 1109(b) of the Code and Bankruptcy Rule 9010(b) and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a)(b)(f) and 3017(a). All such notices should be addressed as follows:

>  Douglas C. Bernstein, Esq.
> Plunkett Cooney
> 38505 Woodward Avenue, Suite 100
> Bloomfield Hills, Michigan  48304
> dbernstein@plunkettcooney.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the Notice and

papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and the proceedings therein.

>
> PLUNKETT COONEY
>
> By: /s/ DOUGLAS C. BERNSTEIN
> Douglas C. Bernstein
> Attorney for The Huntington National Bank
> 38505 Woodward Avenue, Suite 100
> Bloomfield Hills, MI 48304
> (248) 901-4091
> dbernstein@plunkettcooney.com
> Michigan Bar No. P33833

March 5, 2018

Open.01491.71578.19991370-1