**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>HCR MANORCARE, INC.,<br>   Debtor. | Chapter 11<br>Case No. 18-10467 (KG)<br>**Related Docket No.: 30** |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF ALEXIS FREEMAN

Pursuant to Rule 9010-1 and the certification below, counsel hereby moves the admission pro hac vice of Alexis Freeman to represent RD Credit, LLC in the above-captioned case.

Dated: March 5, 2018

**BLANK ROME LLP**

*/s/ Stanley B. Tarr*
Stanley B. Tarr (DE 5535)
1201 North Market Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 425-6400
Facsimile:  (302) 425-6464

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Alexis Freeman*
Alexis Freeman
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036-6745
Telephone: (212) 872-1000
Email: afreeman@akingump.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: March 6th, 2018**
**Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**