# SIGN-IN-SHEET

**CASE NAME:** HCR MANORCARE, Inc.  **COURTROOM LOCATION:** 3
**CASE NO.:** 18-10467 (KG)  **DATE:** 3/6/18

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Larry Nyhan | Sidley Austin LLP | Debtor |
| William Evanoff | " | " |
| Dennis Twomey | " | " |
| Matt Linder | " | " |
| Edmon Morton | YCST | " |
| Justin Zucki | " | " |
| Linda Casey | UST | UST |
| Dick Abbott | MMAT | QCP |
| Andy Dietderich | Sullivan & Cromwell | " |
| David Zylberberg | " | " |
| Stanley Tarr | Blank Rome | Prepetition Agent |
| Phil Dublin | Akin Gump | " |
| Alexis Freeman | " | " |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**
**Courtroom**

Calendar Date: 03/06/2018
Calendar Time: 11:00 AM ET

Amended Calendar  Mar 6 2018 7:06AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | HCR ManorCare, Inc. | 18-10467 | Hearing | 8936432 | Michael Etkin | 973-597-2312 ext. | Lowenstein Sandler, LLP | Interested Party, Societe Generale Securities Services GMBH and Birmingham Retirement and Relie / LI |
| | | HCR ManorCare, Inc. | 18-10467 | Hearing | 8937662 | Joshua A. Feltman | (212) 403-1109 ext. | Wachtell Lipton Rosen & Katz | Interested Party, For Lender / LIVE |
| | | HCR ManorCare, Inc. | 18-10467 | Hearing | 8934995 | Jackson T. Garvey | (312) 853-0496 ext. | Sidley Austin LLP | Cross-Defendant(s), HCR Manorcare, Inc. / LISTEN ONLY |
| | | HCR ManorCare, Inc. | 18-10467 | Hearing | 8936345 | Emma J. Guido | (212) 558-4000 ext. | Sullivan & Cromwell LLP | Creditor, HCP Inc. / LISTEN ONLY |
| | | HCR ManorCare, Inc. | 18-10467 | Hearing | 8937668 | Emily D. Johnson | (212) 403-1000 ext. | Wachtell Lipton Rosen & Katz | Interested Party, Emily D. Johnson / LIVE |
| | | HCR ManorCare, Inc. | 18-10467 | Hearing | 8937806 | David J. Karp | (212) 756-2175 ext. | Schulte Roth & Zabel LLP | Interested Party, Schulte Roth & Zabel LLP / LISTEN ONLY |
| | | HCR ManorCare, Inc. | 18-10467 | Hearing | 8937797 | Mai Lan Rodgers | (202) 326-4020 ext. | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| | | HCR ManorCare, Inc. | 18-10467 | Hearing | 8936024 | Michael A Rosenthal | 212-351-3969 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LIVE |
| | | HCR ManorCare, Inc. | 18-10467 | Hearing | 8936769 | Tracy Rucinski | (312) 550-5937 ext. | Thomson & Reuters | Interested Party, Tracy Rucinski / LISTEN ONLY |
| | | HCR ManorCare, Inc. | 18-10467 | Hearing | 8935968 | Mary Schmergel | (202) 307-0183 ext. | U.S. Department of Justice - Civil Division | Representing, The United Sates / LIVE |
| | | HCR ManorCare, Inc. | 18-10467 | Hearing | 8936357 | Andrew M. Thau | (212) 915-1232 ext. | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| | | HCR ManorCare, Inc. | 18-10467 | Hearing | 8935986 | Wayne P. Weitz | (212) 257-4531 ext. | Hammond Hanlon & Camp | Interested Party, Wayne P. Weitz / LISTEN ONLY |

Peggy Drasal ext. 802

CourtConfCal2009

Page 1 of 3

| HCR ManorCare, Inc. | 18-10467 | Hearing | 8935290 | Julia Winters | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |