# Exhibit 1

## Initial 13-Week Budget

**HCR ManorCare, Inc. - Debtor-in-Possession**
Cash Collateral Motion - Exhibit 1 - 13-Week Cash Flow Budget
(US dollars in thousands)

| Week Number | 1 Budget 03/09/2018 | 2 Budget 03/16/2018 | 3 Budget 03/23/2018 | 4 Budget 03/30/2018 | 5 Budget 04/06/2018 | 6 Budget 04/13/2018 | 7 Budget 04/20/2018 | 8 Budget 04/27/2018 | 9 Budget 05/04/2018 | 10 Budget 05/11/2018 | 11 Budget 05/18/2018 | 12 Budget 05/25/2018 | 13 Budget 06/01/2018 | Weeks 1-13 Budget Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Total Receipts | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 2 Intercompany Transfers, Net | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 3 **Operating Disbursements** | | | | | | | | | | | | | | |
| 4 Labor and Benefits | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5 Other Operating Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 6 Legal Settlements | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7 Total Operating Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8 **Chapter 11 Fees** | | | | | | | | | | | | | | |
| 9 Debtor Professional Fees | - | - | - | - | - | - | 810.0 | - | - | - | 710.0 | - | 1,330.0 | 2,850.0 |
| 10 U.S. Trustee Fees | - | - | - | - | - | - | - | 0.3 | - | - | - | - | - | 0.3 |
| 11 Total Non-Operating Disbursements | - | - | - | - | - | - | 810.0 | 0.3 | - | - | 710.0 | - | 1,330.0 | 2,850.3 |
| 12 Total Disbursements | - | - | - | - | - | - | (810.0) | (0.3) | - | - | (710.0) | - | (1,330.0) | (2,850.3) |
| 13 Net Cash Flow | $ - | $ - | $ - | $ - | $ - | $ - | $ (810.0) | $ (0.3) | $ - | $ - | $ (710.0) | $ - | $ (1,330.0) | $ (2,850.3) |
| 14 Beginning Book Cash | $ 25,000.0 | $ 25,000.0 | $ 25,000.0 | $ 25,000.0 | $ 25,000.0 | $ 25,000.0 | $ 25,000.0 | $ 24,190.0 | $ 24,189.7 | $ 24,189.7 | $ 24,189.7 | $ 23,479.7 | $ 23,479.7 | $ 25,000.0 |
| 1 Net Cash Flows | - | - | - | - | - | - | (810.0) | (0.3) | - | - | (710.0) | - | (1,330.0) | (2,850.3) |
| 15 Proceeds from Loan Facilities | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2 Ending Book Cash | $ 25,000.0 | $ 25,000.0 | $ 25,000.0 | $ 25,000.0 | $ 25,000.0 | $ 25,000.0 | $ 24,190.0 | $ 24,189.7 | $ 24,189.7 | $ 24,189.7 | $ 23,479.7 | $ 23,479.7 | $ 22,149.7 | $ 22,149.7 |