# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HCR MANORCARE, INC.,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No. 18-10467 (KG)<br><br>**Hearing Date: April 6, 2018 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 29, 2018 at 4:00 p.m. (ET)**<br><br>**Ref. Docket Nos. 4, 9, 45 & 46** |

## OMNIBUS NOTICE OF CERTAIN PLEADINGS AND FINAL HEARING THEREON

**PLEASE TAKE NOTICE** that, on March 4, 2018, HCR ManorCare, Inc., the above-captioned debtor and debtor in possession (the "Debtor"), filed the following motions, among others, with the Court:

- Debtor's Motion for Entry of an Order (I) Authorizing Continued Use of Prepetition Bank Account, (II) Authorizing Continued Use of Existing Business Forms, (III) Waiving the Requirements of 11 U.S.C. §345(b) and (IV) Granting Related Relief [D.I. 4] (the "Bank Account Motion"); and

- Debtor's Motion for Entry of Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363, 507 and 552 and Bankruptcy Rules 2002, 4001, 6004 and 9014 (I) Authorizing Debtor to Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [D.I. 9] (the "Cash Collateral Motion" and, together with the Bank Account Motion, the "First Day Motions").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the First Day Motions was held on March 6, 2018, at which time the Court approved the relief requested in each of the First Day Motions on an interim basis. *See* Docket Nos. 45 and 46 (together, the "Interim Orders"). **Copies of the First Day Motions and the Interim Orders are being served concurrently herewith, and you will subsequently be provided a copy of proposed final orders approving each of the First Day Motions.**

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider final approval of the relief requested in each of the First Day Motions is scheduled for **April 6, 2018 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Kevin Gross, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

---

[1] The last four digits of the Debtor's federal tax identification number are 9231. The Debtor's mailing address is 333 N. Summit St., Toledo, OH 43604.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the entry of final orders approving the First Day Motions must be filed on or before **March 29, 2018 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. At the same time, copies of any responses or objections must be served so as to be actually received by the Notice Parties (as defined below) on or before the Objection Deadline upon the undersigned proposed counsel.

**PLEASE TAKE FURTHER NOTICE** any objections to the entry of a final order approving the Cash Collateral Motion must be served on or before the Objection Deadline upon the following parties (collectively, the "Notice Parties"): (a) the Debtor, 333 N. Summit St., Toledo, Ohio 43604 (Attn: Richard A. Parr II (rparr@hcr-manorcare.com)); (b) proposed counsel to the Debtors, Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois 60603 (Attn: Larry J. Nyhan (lnyhan@sidley.com), Dennis M. Twomey (dtwomey@sidley.com) and Matthew E. Linder (mlinder@sidley.com)); (c) proposed co-counsel to the Debtors, Young Conway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801 (Attn: Edmon L. Morton (emorton@ycst.com) and Justin H. Rucki (jrucki@ycst.com)); (d) counsel to the Prepetition First Lien Secured Parties, (i) Akin Gump Strauss Hauer & Feld LLP, Bank of America Tower, One Bryant Park, New York, NY 10036 (Attn: Philip C. Dublin (pdublin@akingump.com) and Alexis Freeman (afreeman@akingump.com)) and (ii) Blank Rome LLP, 1201 North Market Street, Wilmington, DE 19801 (Attn: Stanley Tarr (starr@blankrome.com)); (e) counsel to QCP, (i) Sullivan and Cromwell LLP, 125 Broad Street, New York, NY 10004 (Attn: Andrew G. Dietderich (dietdericha@sullcrom.com) and David R. Zylberberg (zylberbergd@sullcrom.com)) and (ii) Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19899 (Attn: Derek C. Abbott (dabbott@mnat.com)); (f) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Linda Casey, Esq.); and (g) all parties entitled to notice pursuant to Local Rule 9013-1(m).

**PLEASE TAKE FURTHER NOTICE** THAT, IF NO RESPONSES OR OBJECTIONS TO EITHER OF THE FIRST DAY MOTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH FIRST DAY MOTIONS WITHOUT FURTHER NOTICE OR HEARING.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: March 6, 2018<br>Wilmington, Delaware | SIDLEY AUSTIN LLP<br>Larry J. Nyhan<br>Dennis M. Twomey<br>William A. Evanoff<br>Allison Ross Stromberg<br>Matthew E. Linder<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>-and-<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Justin H. Rucki*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Justin H. Rucki (No. 5304)<br>Tara Pakrouh (No. 6192)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>PROPOSED ATTORNEYS FOR THE DEBTOR AND DEBTOR IN POSSESSION |

01:22955636.2