**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>HCR MANORCARE, INC.,[1]<br><br>                   Debtor. | Chapter 11<br><br>Case No. 18-10467 (KG)<br><br>**Hearing Date: April 6, 2018 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 20, 2018 at 4:00 p.m. (ET)**<br><br>Ref. Docket No. 11 |

**NOTICE OF HEARING ON DEBTOR'S MOTION FOR ENTRY OF
ORDER AUTHORIZING THE CONTINUATION OF ITS ORDINARY
COURSE NON-DEBTOR AFFILIATE ARRANGEMENTS FOR THE PAYMENT OF
CERTAIN PREPETITION TAX AND INSURANCE OBLIGATIONS**

      **PLEASE TAKE NOTICE** that, on March 4, 2018, HCR ManorCare, Inc., the above-captioned debtor and debtor in possession (the "Debtor"), filed the *Debtor's Motion for Entry of Order Authorizing the Continuation of its Ordinary Course Non-Debtor Affiliate Arrangements for the Payment of Certain Prepetition Tax and Insurance Obligations* [Docket No. 11] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

      **PLEASE TAKE FURTHER NOTICE** that any objections to the relief requested in the Motion must be filed on or before **March 20, 2018 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of any objection upon the undersigned proposed counsel to the Debtor so as to be received on or before the Objection Deadline.

      **PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **APRIL 6, 2018 AT 10:00 A.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE KEVIN GROSS, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.

---

[1] The last four digits of the Debtor's federal tax identification number are 9231. The Debtor's mailing address is 333 N. Summit St., Toledo, OH 43604.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: March 6, 2018
Wilmington, Delaware

SIDLEY AUSTIN LLP
Larry J. Nyhan
Dennis M. Twomey
William A. Evanoff
Allison Ross Stromberg
Matthew E. Linder
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Justin H. Rucki*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Justin H. Rucki (No. 5304)
Tara Pakrouh (No. 6192)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

PROPOSED ATTORNEYS FOR THE DEBTOR AND DEBTOR IN POSSESSION