**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| HCR MANORCARE, INC., | Case No. 18-10467 (KG) |
| Debtor.[1] | |
| | **Ref. Docket Nos. 13 and 14** |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK　　　)
　　　　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　　)

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 5, 2018, I caused to be served the:

    a.  "Notice of Hearing to Consider First Day Pleadings," dated March 5, 2018 [Docket No. 13], and

    b.  "Notice of Agenda of Matters Scheduled for First Day Hearing on March 6, 2018 at 11:00 A.M. (ET)," dated March 5, 2018 [Docket No. 14],

    by causing true and correct copies to be:

    i.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.  delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>, and

    iii.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>.

---

[1] The last four digits of the Debtor's federal tax identification number are 9231. The Debtor's mailing address is 333 N. Summit St., Toledo, OH 43604.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
5th day of March, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| DONALD LEE HOWARD | DAVID HOWARD, INDIVIDUALLY C/O MCHUGH FULLER LAW GROUP PLLC ATTN: MICHAEL J FULLER, ESQ., 97 ELIAS WHIDDON RD HATTIESBURG MS 39402 |
| DOROTHY J. WINKFIELD | SHEILA J. DILLARD, ATTORNEY-IN-FACT ATTN: TIM MCHUGH C/O WILKES & MCHUGH 437 GRANT ST. PITTSBURGH PA 15219 |
| ESTATE OF BOBBY LANE, SR. | KEESHA LANE, AS ADMINISTRATRIX ATTN: BRENT MOSS, ESQ C/O REDDICK MOSS 1500 JFK BLVD., SUITE 1145 PHILADELPHIA PA 19106 |
| ESTATE OF CATHERINE J. STARR | JOHN M. STARR, AS ADMINISTRATOR ATTN: TIM MCHUGH C/O WILKES & MCHUGH 1601 CHERRY STREET, SUITE 1300 PHILADELPHIA PA 19102 |
| ESTATE OF DONALD E. MCCALISTER | DOUGLAS MCCALISTER, ADMINISTRATOR ATTN: TIM MCHUGH C/O WILKES & MCHUGH 1601 CHERRY STREET, SUITE 1300 PHILADELPHIA PA 19102 |
| ESTATE OF JAMES MCGILL | DORA MCGILL, ADMINISTRATRIX ATTN: TIM MCHUGH C/O WILKES & MCHUGH, P.A. 429 NORTH BROADWAY LEXINGTON KY 40588-1747 |
| ESTATE OF JOHN L. HUDSON | LORRAINE L. DAVIS, EXECUTRIX ATTN: TIM MCHUGH C/O WILKES & MCHUGH 1601 CHERRY STREET, SUITE 1300 PHILADELPHIA PA 19102 |
| ESTATE OF KATHLEEN M. BRAUN | NEIL F. BRAUN, AS EXECUTOR ATTN: TIM MCHUGH C/O WILKES & MCHUGH 1601 CHERRY STREET, SUITE 1300 PHILADELPHIA PA 19102 |
| ESTATE OF LILLIAN J. KUNTZ | MARGARET ANN HANEY, EXECUTRIX ATTN: TIM MCHUGH C/O WILKES & MCHUGH 437 GRANT ST. PITTSBURGH PA 15219 |
| ESTATE OF LYNN WOLFF | JUDY WOLF-BOLTON BARBARA WOLFF ENGR ET ATTN: KATHRYN STEBNER C/O STEBNER AND ASSOCIATES 870 MARKET STREET, SUITE 1212 SAN FRANCISCO CA 94102 |
| ESTATE OF MARY A. SAMSEL, DECEASED | RONALD A. SAMSEL AND RICHARD J. SAMSEL ATTN: TIM MCHUGH C/O WILKES & MCHUGH 1601 CHERRY STREET, SUITE 1300 PHILADELPHIA PA 19102 |
| ESTATE OF MARY GRASSO ET AL | JOSEPH GRASSO, EXECUTOR ATTN: PATRICK MURPHY C/O DWORKEN & BERNSTEIN 60 SOUTH PARK PLACE PAINESVILLE OH 44077 |
| ESTATE OF MARY PAREJKO | COLLEEN BENNETT, AS IND. ADMINISTRATOR ATTN: STEVEN M. LEVIN, C/O LEVIN & PERCONTI 325 NORTH LASALLE STREET, SUITE 450 CHICAGO IL 60654 |
| ESTATE OF PHYLLIS W. JACKSON, DECEASED | WALTER W. JACKSON, AS PR ATTN: KEN CONNOR C/O CONNOR & CONNOR 224 PARK AVE SE AIKEN SC 29801 |
| ESTATE OF RACHEL STONE | JEFFREY STONE, AS ADMINISTRATOR ATTN: TIM MCHUGH C/O WILKES & MCHUGH, P.A. 429 NORTH BROADWAY LEXINGTON KY 40588-1747 |
| ESTATE OF RICHARD M. MCVEY | BRIDGET M. WHITLEY, ADMIN. PENDENTE LITE ATTN: TIM MCHUGH C/O WILKES & MCHUGH 1601 CHERRY STREET, SUITE 1300 PHILADELPHIA PA 19102 |
| ESTATE OF SANDRA SHAW | MARIKA DELGADO, PERSONAL REPRESENTATIVE ATTN: TIM MCHUGH C/O WILKES & MCHUGH 2355 E. CAMELBACK RD, SUITE 910 PHOENIX AZ 85016 |
| ESTATE OF WILLIAM B. BROSIUS | LORRAINE F. BROSIUS, AS EXECUTRIX ATTN: TIM MCHUGH C/O WILKES & MCHUGH 1601 CHERRY STREET, SUITE 1300 PHILADELPHIA PA 19102 |
| ESTATE OF WILLIAM HENRY JOHNSON, JR. | KECIA L. JOHNSON, ADMINISTRATOR ATTN: TIM MCHUGH C/O WILKES & MCHUGH 1601 CHERRY STREET, SUITE 1300 PHILADELPHIA PA 19102 |
| EUGENE T. ADKINS | GLEN J. ADKINS, ATTORNEY-IN-FACT ATTN: TIM MCHUGH C/O WILKES & MCHUGH, P.A. ONE NORTH DALE MABRY, SUITE 800 TAMPA FL 33610 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| JOANNA DRONICK | CAROL A. RENNICK, ATTORNEY-IN-FACT ATTN: TIM MCHUGH C/O WILKES & MCHUGH 1601 CHERRY STREET, SUITE 1300 PHILADELPHIA PA 19102 |
| KIMBERLY KALLAS | C/O LAWRENCE RAYMOND BACH ATTN: LAWRENCE BACH 50 S MAIN STREET AKRON OH 44308 |
| NORMAN J. BRINTON | JOAN D. BRINTON, ATTORNEY-IN-FACT ATTN: TIM MCHUGH C/O WILKES & MCHUGH 1601 CHERRY STREET, SUITE 1300 PHILADELPHIA PA 19102 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE NEMOURS BUILDING 1007 N ORANGE ST #700 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, STE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| QUALITY CARE PROPERTIES, INC. | C/O SULLIVAN & CROMWELL LLP ATTN ANDREW DIETDERICH, DAVID ZYLBERBERG 125 BROAD STREET NEW YORK NY 10004-2498 |
| QUALITY CARE PROPERTIES, INC. | ATTN: DAVID HADDOCK 7315 WISCONSIN AVE. SUITE 550 EAST BETHESDA MD 20814 |

| Claim Name | Address Information |
|---|---|
| RD CREDIT, LLC | C/O AKIN GUMP STRAUSS HAUER FELD LLP ATTN: PHILIP DUBLIN, ALEXIS FREEMAN ONE BRYANT PARK NEW YORK NY 10036 |
| RD CREDIT, LLC | ATTN: VIV MELWANI, STAN FEDORENKO C/O CENTERBRIDGE PARTNERS, L.P. 375 PARK AVENUE NEW YORK NY 10152 |
| RICHARD E. COLUMBUS | CLARA J. COLUMBUS, AS NEXT OF KIN OF ATTN: RAY MAPLES C/O MAPLES, NIX AND DIESSELHORST, PLLC 15401 N. MAY AVENUE EDMOND OK 73103 |
| SANDRA L. STUTZMAN | ANN R. RUSSELL, ATTORNEY-IN-FACT ATTN: TIM MCHUGH C/O WILKES & MCHUGH 1601 CHERRY STREET, SUITE 1300 PHILADELPHIA PA 19102 |
| THE CARLYLE GROUP | ATTN: RAM JAGANNATH 520 MADISON AVENUE NEW YORK NY 10022 |
| THE CARLYLE GROUP | ATTN: DANIEL T. LENNON, ROGER G. SCHWARTZ, J. CORY TULL 555 ELEVENTH STREET, NW, STE 1000 WASHINGTON DC 20004-1304 |
| THE ESTATE OF AIDA J. PEON | MARY ANN TORRENS, PERSONAL REP. ATTN: TIM MCHUGH C/O WILKES & MCHUGH, P.A. ONE NORTH DALE MABRY, SUITE 800 TAMPA FL 33610 |
| THE ESTATE OF ARTHUR HODDICK | ANDREW B. HODDICK, PR ATTN: TIM MCHUGH C/O WILKES & MCHUGH, P.A. ONE NORTH DALE MABRY, SUITE 800 TAMPA FL 33610 |
| THE ESTATE OF BRYAN L. SLATTERY | EM MICKI SLATTERY, PERSONAL REP. ATTN: TIM MCHUGH C/O WILKES & MCHUGH, P.A. ONE NORTH DALE MABRY, SUITE 800 TAMPA FL 33610 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |
| WILLARD F. GOWER | BARBARA L. CLAUSER, ATTORNEY-IN-FACT ATTN: TIM MCHUGH C/O WILKES & MCHUGH 1601 CHERRY STREET, SUITE 1300 PHILADELPHIA PA 19102 |

**Total Creditor count  39**

| Claim Name | Address Information |
|---|---|
| HUNTINGTON NATIONAL BANK | C/O CHERYL HOLM 519 MADISON AVENUE TOLEDO OH 43604 |

**Total Creditor count  1**

HCR_13-14_OVN_NOA 25_03-05-18

AKIN GUMP STRAUSS HAUER &
FELD LLP
COUNSEL TO RD CREDIT, LLC
ATTN: PHILIP C. DUBLIN, ALEXIS FREEMAN
ONE BRYANT PARK
NEW YORK, NY 10036

HCR_13-14_OVN_NOA 25_03-05-18

BLANK ROME LLP
COUNSEL TO RD CREDIT, LLC
STANLEY B. TARR
1201 NORTH MARKET STREET, STE 800
WILMINGTON, DE 19801

**EXHIBIT B**

**HCR MANORCARE, INC.,**
**NOA Facsimile List**

| Name | Counsel to / Attention | Fax Number |
|---|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | COUNSEL TO QUALITY CARE PROPERTIES, INC. ATTN: DEREK C. ABBOTT, MATTHEW O. TALMO | 302-658-3989 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | COUNSEL TO RD CREDIT, LLC ATTN: PHILIP C. DUBLIN, ALEXIS FREEMAN | 212-872-1002 |
| BLANK ROME LLP | COUNSEL TO RD CREDIT, LLC ATTN: STANLEY B. TARR | 302-425-6464 |

**HCR MANORCARE, INC.,**
**Core Facsimile List**

| NAME | | FAX |
|---|---|---|
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE | 302-573-6220 |
| RD CREDIT, LLC | ATTN: VIV MELWANI, STAN FEDORENKO | 212-672-5001 |

**EXHIBIT C**

HCR MANORCARE, INC.,
Top30 Email List

| NAME | | EMAIL |
|---|---|---|
| DONALD LEE HOWARD | DAVID HOWARD, INDIVIDUALLY | MIKE@MCHUGHFULLER.COM |
| DOROTHY J. WINKFIELD | SHEILA J. DILLARD,  ATTORNEY-IN-FACT | TIMOTHY@WILKESMCHUGH.COM |
| ESTATE OF BOBBY LANE, SR. | KEESHA LANE, AS ADMINISTRATRIX | BRENT@REDDICKMOSS.COM |
| ESTATE OF CATHERINE J. STARR | JOHN M. STARR, AS ADMINISTRATOR | TIMOTHY@WILKESMCHUGH.COM |
| ESTATE OF DONALD E. MCCALISTER | DOUGLAS MCCALISTER, ADMINISTRATOR | TIMOTHY@WILKESMCHUGH.COM |
| ESTATE OF JAMES MCGILL | DORA MCGILL, ADMINISTRATRIX | TIMOTHY@WILKESMCHUGH.COM |
| ESTATE OF JOHN L. HUDSON | LORRAINE L. DAVIS, EXECUTRIX | TIMOTHY@WILKESMCHUGH.COM |
| ESTATE OF KATHLEEN M. BRAUN | NEIL F. BRAUN, AS EXECUTOR | TIMOTHY@WILKESMCHUGH.COM |
| ESTATE OF LILLIAN J. KUNTZ | MARGARET ANN HANEY, EXECUTRIX | TIMOTHY@WILKESMCHUGH.COM |
| ESTATE OF LYNN WOLFF | JUDY WOLF-BOLTON BARBARA WOLFF ENGR ET | KATHRYN@STEBBNERASSOCIATES.COM |
| ESTATE OF MARY A. SAMSEL, DECEASED | RONALD A. SAMSEL AND RICHARD J. SAMSEL | TIMOTHY@WILKESMCHUGH.COM |
| ESTATE OF MARY GRASSO ET AL | JOSEPH GRASSO, EXECUTOR | PMURPHY@DWORKENLAW.COM |
| ESTATE OF MARY PAREJKO | COLLEEN BENNETT, AS IND. ADMINISTRATOR | SML@LEVINPERCONTI.COM |
| ESTATE OF PHYLLIS W. JACKSON, DECEASED | WALTER W. JACKSON, AS PR | KEN@THECONNORFIRM.COM |
| ESTATE OF RACHEL STONE | JEFFREY STONE, AS ADMINISTRATOR | TIMOTHY@WILKESMCHUGH.COM |
| ESTATE OF RICHARD M. MCVEY | BRIDGET M. WHITLEY, ADMIN. PENDENTE LITE | TIMOTHY@WILKESMCHUGH.COM |
| ESTATE OF SANDRA SHAW | MARIKA DELGADO, PERSONAL REPRESENTATIVE | TIMOTHY@WILKESMCHUGH.COM |
| ESTATE OF WILLIAM B. BROSIUS | LORRAINE F. BROSIUS, AS EXECUTRIX | TIMOTHY@WILKESMCHUGH.COM |
| ESTATE OF WILLIAM HENRY JOHNSON, JR. | KECIA L. JOHNSON, ADMINISTRATOR | TIMOTHY@WILKESMCHUGH.COM |
| EUGENE T. ADKINS | GLEN J. ADKINS, ATTORNEY-IN-FACT | TIMOTHY@WILKESMCHUGH.COM |
| JOANNA DRONICK | CAROL A. RENNICK, ATTORNEY-IN-FACT | TIMOTHY@WILKESMCHUGH.COM |
| KIMBERLY KALLAS | C/O LAWRENCE RAYMOND BACH | JBACH@RLBLLP.COM |
| NORMAN J. BRINTON | JOAN D. BRINTON, ATTORNEY-IN-FACT | TIMOTHY@WILKESMCHUGH.COM |
| RICHARD E. COLUMBUS | CLARA J. COLUMBUS, AS NEXT OF KIN OF | RAY@MNDLAWFIRM.COM |
| SANDRA L. STUTZMAN | ANN R. RUSSELL, ATTORNEY-IN-FACT | TIMOTHY@WILKESMCHUGH.COM |

HCR MANORCARE, INC.,
Top30 Email List

| THE ESTATE OF AIDA J. PEON | MARY ANN TORRENS, PERSONAL REP. | TIMOTHY@WILKESMCHUGH.COM |
|---|---|---|
| THE ESTATE OF ARTHUR HODDICK | ANDREW B. HODDICK, PR | TIMOTHY@WILKESMCHUGH.COM |
| THE ESTATE OF BRYAN L. SLATTERY | EM MICKI SLATTERY, PERSONAL REP. | TIMOTHY@WILKESMCHUGH.COM |
| WILLARD F. GOWER | BARBARA L. CLAUSER, ATTORNEY-IN-FACT | TIMOTHY@WILKESMCHUGH.COM |

**HCR MANORCARE, INC.,**
**NOA Email List**

| Name | Counsel to / Attention | Email Address |
|---|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | COUNSEL TO QUALITY CARE PROPERTIES, INC. ATTN: DEREK C. ABBOTT, MATTHEW O. TALMO | DABBOTT@MNAT.COM; MTALMO@MNAT.COM |
| PLUNKETT COONEY | COUNSEL TO THE HUNTINGTON NATIONAL BANK ATTN: DOUGLAS C. BERNSTEIN, ESQ | DBERNSTEIN@PLUNKETTCOONEY.COM |

**HCR MANORCARE, INC.,**
**Core Email List**

| NAME | EMAIL |
| --- | --- |
| QUALITY CARE PROPERTIES, INC. | DHADDOCK@QCPCORP.CPM |
| QUALITY CARE PROPERTIES, INC. | DIETDERICHA@SULLCROM.COM; ZYLBERBERGD@SULLCROM.COM |
| RD CREDIT, LLC | PDUBLIN@AKINGUMP.COM; AFREEMAN@AKINGUMP.COM |
| THE CARLYLE GROUP | DANIEL.LENNON@LW.COM; ROGER.SCHWARTZ@LW.COM; CORY.TULL@LW.COM |

**HCR MANORCARE, INC.,**
**Bank Add Email List**

| NAME | | EMAIL |
|------|------|-------|
| HUNTINGTON NATIONAL BANK | C/O CHERYL HOLM | CHERYL.HOLM@HUNTINGTON.COM |