**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>HCR MANORCARE, INC.,[1]<br><br>　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 18-10467 (KG) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appear in the chapter 11 case (the "Chapter 11 Case") of the above-captioned debtor in possession (the "Debtor") for and on behalf of (a) Société Générale Securities Services GmbH and the City of Birmingham Retirement and Relief System (collectively, "Lead Plaintiffs"), lead plaintiffs in the securities fraud class action styled as *Boynton Beach Firefighters' Pension Fund v. HCP Inc., et al.*, Case No. 3:16-cv-01106-JJH (N.D. Ohio) (the "Securities Litigation") and (b) the putative class Lead Plaintiffs represent in the Securities Litigation (the "Putative Class").

**PLEASE TAKE FURTHER NOTICE** that the undersigned counsel hereby request service of any and all notices given or required to be given in the Chapter 11 Case, and all papers served or required to be served in the Chapter 11 Case, including all adversary proceedings and other related cases and proceedings (collectively, "Related Proceedings"), and request that the name and address of the undersigned counsel be added to all mailing matrices and service lists maintained in the Chapter 11 Case. Service may be made and directed as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 9231. The Debtor's mailing address is 333 N. Summit St., Toledo, OH 43604.

-2-

| | |
|---|---|
| **LOWENSTEIN SANDLER LLP** | **CROSS & SIMON, LLC** |
| Michael S. Etkin, Esq. | Christopher P. Simon, Esq. (No. 3697) |
| Andrew Behlmann, Esq. | 1105 North Market Street, Suite 901 |
| Lowenstein Sandler LLP | Wilmington, DE 19801 |
| One Lowenstein Drive | Telephone (302) 777-4200 |
| Roseland, New Jersey 07068 | Facsimile (302) 777-4224 |
| Telephone (973) 597-2500 | csimon@crosslaw.com |
| Facsimile (973) 597-2400 | |
| metkin@lowenstein.com | |
| abehlmann@lowenstein.com | |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request for service includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure (wherever applicable), and the United States Bankruptcy Code, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, email, or electronic filing or otherwise filed or made with regard to the Chapter 11 Case or any Related Proceedings, and for the purposes of CM/ECF.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit made or filed by or on behalf of the Lead Plaintiffs and/or the Putative Class do not, shall not, and shall not be deemed to:

- constitute a submission by the Lead Plaintiffs, either individually or on behalf of the Putative Class or anyone else, to the jurisdiction of the Bankruptcy Court;

- constitute consent by the Lead Plaintiffs, either individually or on behalf of the Putative Class or anyone else, to entry by the Bankruptcy Court of any final order or judgment in any non-core proceeding or on any matter with respect to which the Bankruptcy Court lacks jurisdiction and/or authority (constitutional, statutory, or otherwise) to enter a final order or judgment, **which consent is hereby**

**withheld unless, and solely to the extent, expressly granted in the future with respect to a specific matter**;

- waive any substantive or procedural rights of Lead Plaintiffs, the Putative Class, or anyone else, including but not limited to (a) the right to challenge the authority (constitutional, statutory, or otherwise) of the Bankruptcy Court to enter a final order or judgment on any matter; (b) the right to have final orders in non-core matters entered only after de novo review by a district court judge; (c) the right to trial by jury in any proceedings so triable herein, in any Related Proceedings, in the Securities Litigation, or in any other case, controversy, or proceeding related to or arising from the Debtor, the Chapter 11 Case, any Related Proceedings, and/or the Securities Litigation or the subject matter thereof; (d) the right to have the reference withdrawn by a United States District Court in any matter subject to mandatory or discretionary withdrawal; or (e) all other rights, claims, actions, arguments, counterarguments, defenses, setoffs, or recoupments to which Lead Plaintiffs and/or the Putative Class or any member thereof are or may be entitled under agreements, at law, in equity, or otherwise, all of which rights, claims, actions, arguments, counterarguments, defenses, setoffs, and recoupments are expressly reserved, nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under any applicable law, rule, regulation, or order.

[ *signature page follows* ]

| | |
|---|---|
| Dated: March 8, 2018<br>Wilmington, Delaware | **CROSS & SIMON, LLC**<br><br>*/s/ Christopher P. Simon*<br>Christopher P. Simon (No. 3697)<br>1105 North Market Street, Suite 901<br>Wilmington, DE 19801<br>Telephone (302) 777-4200<br>Facsimile (302) 777-4224<br>Email: csimon@crosslaw.com<br><br>*- and -*<br><br>**LOWENSTEIN SANDLER LLP**<br>Michael S. Etkin, Esq.<br>Andrew Behlmann, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Telephone (973) 597-2500<br>Facsimile (973) 597-2400<br>metkin@lowenstein.com<br>abehlmann@lowenstein.com<br><br>*Bankruptcy Counsel for Lead Plaintiffs and the Putative Class* |