**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>HCR MANORCARE, INC.,[1]<br><br>               Debtor. | Chapter 11<br><br>Case No. 18-10467 (KG)<br><br>**Hearing Date: April 6, 2018 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 27, 2018 at 4:00 p.m. (ET)**<br><br>**Ref. Docket No. 12** |

**NOTICE OF HEARING ON DEBTOR'S MOTION FOR ENTRY OF
AN ORDER WAIVING APPOINTMENT OF PATIENT CARE
OMBUDSMAN PURSUANT TO 11 U.S.C. § 333**

      **PLEASE TAKE NOTICE** that, on March 4, 2018, HCR ManorCare, Inc., the above-captioned debtor and debtor in possession (the "Debtor"), filed the *Debtor's Motion for Entry of an Order Waiving Appointment of Patient Care Ombudsman Pursuant to 11 U.S.C. § 333* [Docket No. 12] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

      **PLEASE TAKE FURTHER NOTICE** that any objections to the relief requested in the Motion must be filed on or before **March 27, 2018 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of any objection upon the undersigned proposed counsel to the Debtor so as to be received on or before the Objection Deadline.

      **PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **APRIL 6, 2018 AT 10:00 A.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE KEVIN GROSS, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.

---

[1] The last four digits of the Debtor's federal tax identification number are 9231. The Debtor's mailing address is 333 N. Summit St., Toledo, OH 43604.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

| | |
|---|---|
| Dated: March 13, 2018<br>Wilmington, Delaware | SIDLEY AUSTIN LLP<br>Larry J. Nyhan<br>Dennis M. Twomey<br>William A. Evanoff<br>Allison Ross Stromberg<br>Matthew E. Linder<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>-and-<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Justin H. Rucki*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Justin H. Rucki (No. 5304)<br>Tara Pakrouh (No. 6192)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>PROPOSED ATTORNEYS FOR THE DEBTOR AND DEBTOR IN POSSESSION |