UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  Chapter  11

Case No.  18 - 10467  ( KG )

Debtor:  HCR ManorCare, Inc.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Robert Lapowsky

to represent  Healthcare Services Group, Inc.

in this action.

*[signature]*
Joseph H. Huston, Jr. (No. 4035)
Firm Name: Stevens & Lee, P.C.
Address: 919 North Market Street, Suite 1300
Wilmington, DE 19801
Phone: 302-425-3310

Email: jhh@stevenslee.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  Pennsylvania & New Jersey  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*[signature]*
Firm Name: Stevens & Lee, P.C.
Address: 620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Phone: 215-751-2866

Email: rl@stevenslee.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

*[signature]*

**Dated: March 13th, 2018**
**Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**

Local Form 105