# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HCR MANORCARE, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 18-10467 (KG)<br><br>**Ref. Docket Nos. 12 and 56** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 13, 2018, I caused to be served the:

    a. "Debtor's Motion for Entry of an Order Waiving Appointment of Patient Care Ombudsman Pursuant to 11 U.S.C. § 333," dated March 4, 2018 [Docket No. 12], and

    b. "Notice of Hearing on Debtor's Motion for Entry of an Order Waiving Appointment of Patient Care Ombudsman Pursuant to 11 U.S.C. § 333," dated March 13, 2018 [Docket No. 56],

    by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The last four digits of the Debtor's federal tax identification number are 9231. The Debtor's mailing address is 333 N. Summit St., Toledo, OH 43604.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
14th day of March, 2018
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2018

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO RD CREDIT LLC) ATTN: PHILIP C DUBLIN, ALEXIS FREEMAN ONE BRYANT PARK NEW YORK NY 10036 |
| BLANK ROME LLP | (COUNSEL TO RD CREDIT LLC) ATTN: STANLEY B TARR 1201 NORTH MARKET ST, STE 800 WILMINGTON DE 19801 |
| CROSS & SIMON LLC | (COUNSEL TO SOCIETE GENERALE SECURITIES SERVICES GMBH AND THE CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM) ATTN: CHRISTOPHER P. SIMON 1105 N MARKET ST, STE 901 WILMINGTON DE 19801 |
| DONALD LEE HOWARD | DAVID HOWARD, INDIVIDUALLY C/O MCHUGH FULLER LAW GROUP PLLC ATTN: MICHAEL J FULLER, ESQ., 97 ELIAS WHIDDON RD HATTIESBURG MS 39402 |
| DOROTHY J. WINKFIELD | SHEILA J. DILLARD, ATTORNEY-IN-FACT ATTN: TIM MCHUGH C/O WILKES & MCHUGH 437 GRANT ST. PITTSBURGH PA 15219 |
| ESTATE OF BOBBY LANE, SR. | KEESHA LANE, AS ADMINISTRATRIX ATTN: BRENT MOSS, ESQ C/O REDDICK MOSS 1500 JFK BLVD., SUITE 1145 PHILADELPHIA PA 19106 |
| ESTATE OF CATHERINE J. STARR | JOHN M. STARR, AS ADMINISTRATOR ATTN: TIM MCHUGH C/O WILKES & MCHUGH 1601 CHERRY STREET, SUITE 1300 PHILADELPHIA PA 19102 |
| ESTATE OF DONALD E. MCCALISTER | DOUGLAS MCCALISTER, ADMINISTRATOR ATTN: TIM MCHUGH C/O WILKES & MCHUGH 1601 CHERRY STREET, SUITE 1300 PHILADELPHIA PA 19102 |
| ESTATE OF JAMES MCGILL | DORA MCGILL, ADMINISTRATRIX ATTN: TIM MCHUGH C/O WILKES & MCHUGH, P.A. 429 NORTH BROADWAY LEXINGTON KY 40588-1747 |
| ESTATE OF JOHN L. HUDSON | LORRAINE L. DAVIS, EXECUTRIX ATTN: TIM MCHUGH C/O WILKES & MCHUGH 1601 CHERRY STREET, SUITE 1300 PHILADELPHIA PA 19102 |
| ESTATE OF KATHLEEN M. BRAUN | NEIL F. BRAUN, AS EXECUTOR ATTN: TIM MCHUGH C/O WILKES & MCHUGH 1601 CHERRY STREET, SUITE 1300 PHILADELPHIA PA 19102 |
| ESTATE OF LILLIAN J. KUNTZ | MARGARET ANN HANEY, EXECUTRIX ATTN: TIM MCHUGH C/O WILKES & MCHUGH 437 GRANT ST. PITTSBURGH PA 15219 |
| ESTATE OF LYNN WOLFF | JUDY WOLF-BOLTON BARBARA WOLFF ENGR ET ATTN: KATHRYN STEBNER C/O STEBNER AND ASSOCIATES 870 MARKET STREET, SUITE 1212 SAN FRANCISCO CA 94102 |
| ESTATE OF MARY A. SAMSEL, DECEASED | RONALD A. SAMSEL AND RICHARD J. SAMSEL ATTN: TIM MCHUGH C/O WILKES & MCHUGH 1601 CHERRY STREET, SUITE 1300 PHILADELPHIA PA 19102 |
| ESTATE OF MARY GRASSO ET AL | JOSEPH GRASSO, EXECUTOR ATTN: PATRICK MURPHY C/O DWORKEN & BERNSTEIN 60 SOUTH PARK PLACE PAINESVILLE OH 44077 |
| ESTATE OF MARY PAREJKO | COLLEEN BENNETT, AS IND. ADMINISTRATOR ATTN: STEVEN M. LEVIN, C/O LEVIN & PERCONTI 325 NORTH LASALLE STREET, SUITE 450 CHICAGO IL 60654 |
| ESTATE OF PHYLLIS W. JACKSON, DECEASED | WALTER W. JACKSON, AS PR ATTN: KEN CONNOR C/O CONNOR & CONNOR 224 PARK AVE SE AIKEN SC 29801 |
| ESTATE OF RACHEL STONE | JEFFREY STONE, AS ADMINISTRATOR ATTN: TIM MCHUGH C/O WILKES & MCHUGH, P.A. 429 NORTH BROADWAY LEXINGTON KY 40588-1747 |
| ESTATE OF RICHARD M. MCVEY | BRIDGET M. WHITLEY, ADMIN. PENDENTE LITE ATTN: TIM MCHUGH C/O WILKES & MCHUGH 1601 CHERRY STREET, SUITE 1300 PHILADELPHIA PA 19102 |
| ESTATE OF SANDRA SHAW | MARIKA DELGADO, PERSONAL REPRESENTATIVE ATTN: TIM MCHUGH C/O WILKES & MCHUGH 2355 E. CAMELBACK RD, SUITE 910 PHOENIX AZ 85016 |
| ESTATE OF WILLIAM B. BROSIUS | LORRAINE F. BROSIUS, AS EXECUTRIX ATTN: TIM MCHUGH C/O WILKES & MCHUGH 1601 CHERRY STREET, SUITE 1300 PHILADELPHIA PA 19102 |
| ESTATE OF WILLIAM HENRY JOHNSON, JR. | KECIA L. JOHNSON, ADMINISTRATOR ATTN: TIM MCHUGH C/O WILKES & MCHUGH 1601 CHERRY STREET, SUITE 1300 PHILADELPHIA PA 19102 |
| EUGENE T. ADKINS | GLEN J. ADKINS, ATTORNEY-IN-FACT ATTN: TIM MCHUGH C/O WILKES & MCHUGH, P.A. ONE NORTH DALE MABRY, SUITE 800 TAMPA FL 33610 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| JOANNA DRONICK | CAROL A. RENNICK, ATTORNEY-IN-FACT ATTN: TIM MCHUGH C/O WILKES & MCHUGH 1601 CHERRY STREET, SUITE 1300 PHILADELPHIA PA 19102 |
| KIMBERLY KALLAS | C/O LAWRENCE RAYMOND BACH ATTN: LAWRENCE BACH 50 S MAIN STREET AKRON OH 44308 |
| LOWENSTEIN SANDLER LLP | (COUNSEL TO SOCIETE GENERALE SECURITIES SERVICES GMBH AND THE CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM ATTN: MICHAEL S ETKIN, ANDEW BEHLMANN |

| Claim Name | Address Information |
|---|---|
| LOWENSTEIN SANDLER LLP | ONE LOWENSTEIN DRIVE ROSELAND NJ 07068 |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | (COUNSEL TO WESTCHESTER FIRE INSURANCE COMPANY) ATTN: MICHAEL MORANO 1300 MOUNT KEMBLE AVE, PO BOX 2075 MORRISTOWN NJ 07962 |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | (COUNSEL TO WESTCHESTER FIRE INSURANCE COMPANY) ATTN: GARY D BRESSLER 300 DELAWARE AVE, STE 770 WILMINGTON DE 19801 |
| NORMAN J. BRINTON | JOAN D. BRINTON, ATTORNEY-IN-FACT ATTN: TIM MCHUGH C/O WILKES & MCHUGH 1601 CHERRY STREET, SUITE 1300 PHILADELPHIA PA 19102 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE NEMOURS BUILDING 1007 N ORANGE ST #700 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, STE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| QUALITY CARE PROPERTIES, INC. | ATTN: DAVID HADDOCK 7315 WISCONSIN AVE. SUITE 550 EAST BETHESDA MD 20814 |
| RD CREDIT, LLC | ATTN: VIV MELWANI, STAN FEDORENKO C/O CENTERBRIDGE PARTNERS, L.P. 375 PARK AVENUE NEW YORK NY 10152 |
| RICHARD E. COLUMBUS | CLARA J. COLUMBUS, AS NEXT OF KIN OF ATTN: RAY MAPLES C/O MAPLES, NIX AND DIESSELHORST, PLLC 15401 N. MAY AVENUE EDMOND OK 73103 |
| SANDRA L. STUTZMAN | ANN R. RUSSELL, ATTORNEY-IN-FACT ATTN: TIM MCHUGH C/O WILKES & MCHUGH 1601 CHERRY STREET, SUITE 1300 PHILADELPHIA PA 19102 |
| THE CARLYLE GROUP | ATTN: RAM JAGANNATH 520 MADISON AVENUE NEW YORK NY 10022 |
| THE CARLYLE GROUP | ATTN: DANIEL T. LENNON, ROGER G. SCHWARTZ, J. CORY TULL 555 ELEVENTH STREET, NW, STE 1000 WASHINGTON DC 20004-1304 |
| THE ESTATE OF AIDA J. PEON | MARY ANN TORRENS, PERSONAL REP. ATTN: TIM MCHUGH C/O WILKES & MCHUGH, P.A. ONE NORTH DALE MABRY, SUITE 800 TAMPA FL 33610 |
| THE ESTATE OF ARTHUR HODDICK | ANDREW B. HODDICK, PR ATTN: TIM MCHUGH C/O WILKES & MCHUGH, P.A. ONE NORTH DALE MABRY, SUITE 800 TAMPA FL 33610 |
| THE ESTATE OF BRYAN L. SLATTERY | EM MICKI SLATTERY, PERSONAL REP. ATTN: TIM MCHUGH C/O WILKES & MCHUGH, P.A. ONE NORTH DALE MABRY, SUITE 800 TAMPA FL 33610 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |
| WILLARD F. GOWER | BARBARA L. CLAUSER, ATTORNEY-IN-FACT ATTN: TIM MCHUGH C/O WILKES & MCHUGH 1601 CHERRY STREET, SUITE 1300 PHILADELPHIA PA 19102 |

**Total Creditor count  43**

**HCR MANORCARE, INC. – Case No. 18-10467 (KG)**
**First Class Mail Additional Service List**

ACCREDITATION COMMISSION
FOR HEALTH CARE
139 WESTON OAKS CT
CARY, NC 27513

CENTERS FOR MEDICARE
MEDICAID SERVICES CMS
7500 SECURITY BOULEVARD
BALTIMORE, MD 21244-1850

**EXHIBIT B**

**HCR MANORCARE, INC. – Case No. 18-10467 (KG)**
**Electronic Mail Master Service List**

| NAME | EMAIL ADDRESS |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | dabbott@mnat.com; mtalmo@mnat.com |
| PENSION BENEFITS GUARANTEE CORPORATION | rodgers.mailan@pbgc.gov; efile@pbgc.gov |
| PENSION BENEFITS GUARANTEE CORPORATION | salembier.cameo@pbgc.gov |
| PLUNKETT COONEY | dbernstein@plunkettcooney.com |
| SULLIVAN & CROMWELL LLP | dietdericha@sullcrom.com; zylberbergd@sullcrom.com |
| STEVENS & LEE PC | jhh@stevenslee.com |
| STEVENS & LEE PC | rl@stevenslee.com |
|  | **TOTAL PARTIES: 7** |
|  | **TOTAL EMAIL: 10** |