**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| HCR MANORCARE, INC.,[1] | Case No. 18-10467 (KG) |
| Debtor. | **Hearing Date: April 6, 2018 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 30, 2018 at 4:00 p.m. (ET)** |

## NOTICE OF APPLICATION

TO:   (I) THE U.S. TRUSTEE; (II) COUNSEL TO QUALITY CARE PROPERTIES, INC.; (III) COUNSEL TO THE ADMINISTRATIVE AGENT UNDER THE COMPANY'S PREPETITION CREDIT FACILITY; (IV) COUNSEL TO THE CARLYLE GROUP; (V) THE U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF DELAWARE; (VI) THE INTERNAL REVENUE SERVICE; (VII) THE U.S. DEPARTMENT OF JUSTICE; AND (VIII) ANY PARTY THAT HAS REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002.

**PLEASE TAKE NOTICE** that HCR ManorCare, Inc., the above-captioned debtor and debtor in possession (the "Debtor"), has filed the attached *Debtor's Application for Entry of an Order (I) Authorizing Retention and Employment of Moelis & Company LLC as Investment Banker to the Debtor and Debtor in Possession* Nunc Pro Tunc *to the Petition Date Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, (II) Waiving Certain Requirements of Local Rule 2016-2 and (III) Granting Related Relief* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any objections to the relief requested in the Application must be filed on or before **March 30, 2018 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of any objection upon the undersigned proposed counsel to the Debtor so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE APPLICATION WILL BE HELD ON **APRIL 6, 2018 AT 10:00 A.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE KEVIN GROSS, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.

---

[1] The last four digits of the Debtor's federal tax identification number are 9231. The Debtor's mailing address is 333 N. Summit St., Toledo, OH 43604.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: March 16, 2018
Wilmington, Delaware

SIDLEY AUSTIN LLP
Larry J. Nyhan
Dennis M. Twomey
William A. Evanoff
Allison Ross Stromberg
Matthew E. Linder
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Justin H. Rucki*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Justin H. Rucki (No. 5304)
Tara Pakrouh (No. 6192)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

PROPOSED ATTORNEYS FOR THE DEBTOR AND DEBTOR IN POSSESSION